# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et. al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00835 |
| BILL LEE, official capacity as Governor, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bill Lee, Lizzette Reynolds, Cameron Sexton, and Randy McNally in their official capacities.     .

Date:     06/23/2026

s/Matthew Dowty
*Attorney's signature*

Matthew Dowty, TN BPR 32078
*Printed name and bar number*

40 South Main Street, Suite 1014
Memphis, TN 38103-1877
*Address*

matthew.dowty@ag.tn.gov
*E-mail address*

(901) 543-9039
*Telephone number*

*FAX number*