# EXHIBIT 1

| HA# | House Sponsor | SA# | Senate Sponsor | Entity | Purpose | Recurring | Nonrecurring | Earmark |
|---|---|---|---|---|---|---|---|---|
| HA 176 | White | SA 241 | Akbari | Memphis Teacher Residency, Inc | To expand programs and services to recruit and train new teachers for Memphis's high-need schools and to grow the organization's Memphis Literacy Conference and the Reading Specialist program to improve literacy rates of students in this state | | $ 3,500,000 | |
| HA 062 | Gillespie | SA 243 | Akbari | Agape Child & Family Services, Inc | To provide community, education, and workforce programs and services in this state | | $ 6,000,000 | |
| HA 170 | White | SA 244 | Akbari | Teach for America, Inc | For facilitating its educator preparation program and expanding its high dosage tutoring fellowship in furtherance of improving elementary literacy and middle school math | | $ 2,000,000 | |
| HA 216 | Hale | SA 093 | Bailey | Smith County | To offset emergency cost increases due to the closure of Highway 70 | | $ 1,000,000 | |
| HA 215 | Hale | SA 094 | Bailey | Jackson County | For improvements to the Jackson County Fairgrounds - | | | $ 10,000 |
| HA 189 | Sexton | SA 099 | Bailey | Department of Finance and Administration | To make grants to support utility infrastructure improvements in the rural Westel committee located in Cumberland County as follows: $3,500,000 to Rockwood Electric Utility; $4,000,000 to Cumberland Plateau Water Authority; and $2,250,000 to Cumberland Plateau Water Authority | | $ 9,750,000 | |
| HA 211 | Littleton | SA 192 | Briggs | Big Brothers Big Sisters Tennessee | To expand mentoring programs and services to youth statewide through BBBS Tennessee affiliate programs and to reinstate and develop a BBBS presence and programs and services in Memphis. | | $ 2,000,000 | |
| HA 017 | Hicks, G | SA 276 | Briggs | Helen Ross McNabb, Inc | For outpatient mental health services directed toward military service members, veterans, and their families | | $ 300,000 | |
| HA 133 | Davis | SA 279 | Briggs | Be Her Hero | For the purchase, storage, and distribution of feminine hygiene products to schools, shelters, and community partners across Greene County and the surrounding area | | $ 50,000 | |
| | | SA 285 | Briggs | Epilepsy Foundation of East Tennessee | To assist those living with epilepsy and their caregivers statewide and to support education and awareness programs and services about proper seizure first-aid and different types of seizures | | $ 100,000 | |
| HA 009 | Hicks, G | SA 029 | Crowe | East Tennessee State University | For operating support to the Gatton College of Pharmacy, and covering its inflationary expenses, including salaries, operating expenses, and group health insurance, in the same manner as other nonformula specialized units | $ 3,200,000 | | |
| HA 043 | Hill | SA 034 | Crowe | Roan Mountain Volunteer Fire Department | To purchase a fire engine to replace the one destroyed by Hurricane Helene - | | | $ 500,000 |
| HA 041 | Hill | SA 035 | Crowe | Elk Mills-Poga Volunteer Fire Department | To purchase a fire engine to replace the one destroyed by Hurricane Helene - | | | $ 500,000 |

Case 3:26-cv-00835  Document 14-1  Filed 06/26/26  Page 2 of 13 PageID #: 171

| HA# | House Sponsor | SA# | Senate Sponsor | Entity | Purpose | Recurring | Nonrecurring | Earmark |
|---|---|---|---|---|---|---|---|---|
| HA 186 | Hill | SA 036 | Crowe | Commission on Children & Youth | To expand Court Appointed Special Advocates (CASA) programs to Johnson, Van Buren, and White counties | | $ 70,000 | |
| HA 042 | Hill | SA 037 | Crowe | Hampton-Valley Forge Volunteer Fire Department | To purchase a fire engine to replace the one destroyed by Hurricane Helene - | | | $ 500,000 |
| HA 156 | Alexander | SA 038 | Crowe | Good Samaritan Ministries | For the replacement of outdated medical equipment for free eye exams | | $ 44,150 | |
| HA 159 | Alexander | SA 039 | Crowe | East Tennessee State University | To cover inflationary expenses, including salaries, operating expenses, and group health insurance, for the nonformula units of the Quillen College of Medicine, Gatton College of Pharmacy and the Family Medicine Department at ETSU in the same manner as other nonformula specialized units | | | |
| HA 161 | Alexander | SA 040 | Crowe | Boys & Girls Club of Johnson City/Washington County | For removing and replacing flooring in the main gym to be able to serve more youth and families | | $ 198,000 | |
| HA 160 | Alexander | SA 041 | Crowe | The Coalition for Kids, Inc | For developing a scalable training system to allow for replication across the state | | $ 500,000 | |
| HA 048 | Hicks, T | SA 042 | Crowe | Families Free, Inc | To provide support to regional recovery court programs and services | | $ 250,000 | |
| | | SA 145 | Crowe | Johnson County | For the planning and engineering of the Multi Sports Complex for the youth of Johnson County | | $ 30,000 | |
| | | SA 146 | Crowe | City of Elizabethton | For the reconstruction and refurbishing of the Hampton Community Water Tower | | $ 20,000 | |
| | | SA 252 | Gardenhire | Friends of the Festival, Inc | For Chattanooga's 250 year celebrations on and around July 4, 2026 | | $ 20,250 | |
| HA 026 | Hicks, G | SA 257 | Haile | Bureau of TennCare | For buying back TennCare services funded by the annual hospital assessment | | $ 79,800,000 | $ 43,200,000 |
| HA 108 | Williams | SA 260 | Haile | Bureau of TennCare | To provide rate increases for home delivered meals to TennCare recipients. It is the legislative intent that state funds be matched with $803,700 in federal funds for a total sum of $1,249,400 to provide the rate increase | $ 445,700 | | |
| HA 232 | Doggett | SA 002 | Hensley | Giles County Water Alliance | For a countywide water infrastructure study - | | | $ 500,000 |
| HA 028 | Hicks, G | SA 237 | Johnson | Junior Achievement of East Tennessee, Inc | For a pilot project focused on the statewide implementation of the Junior Achievement (JA) Financial Literacy Semester Course. | | $ 1,200,000 | |
| HA 044 | Lamberth | SA 232 | Johnson | Tennessee Poison Center | To subsidize funding and adequate staffing for the center, including for salaries and positions lost, as a result of federal funding cuts | $ 750,000 | | |
| | | SA 235 | Johnson | Williamson County | For the reconstruction of the deteriorating Grasslands STP wastewater system in Williamson County in order to address related health environmental risks. The county shall submit a report to the TPUC semi-annually, beginning January 1, 2027, detailing the progress on the Grasslands STP project and other information as requested by the Commission. | | | $ 4,000,000 |
| | | SA 236 | Johnson | Tennessee Senior Olympics | For programs and services that promote healthy lifestyles for seniors through fitness and sports | | $ 100,000 | |

Case 3:26-cv-00835    Document 14-1    Filed 06/26/26    Page 3 of 13 PageID #: 172

| HA# | House Sponsor | SA# | Senate Sponsor | Entity | Purpose | Recurring | Nonrecurring | Earmark |
|---|---|---|---|---|---|---|---|---|
| | | SA 238 | Johnson | Jonathan's Path, Inc | For scaling a progressive housing continuum for teens in foster care | | $ 500,000 | |
| HA 115 | Travis | SA 048 | Lowe | Rhea County | For purchasing monuments and other assets for the veterans park in the City of Dayton | | $ 150,000 | |
| HA 190 | Howell | SA 108 | Lowe | Southeast Tennessee Development District | For the Smart Factory Institute to provide support, innovation, and research for small and large manufacturers statewide | | $ 200,000 | |
| | | SA 170 | McNally | Oak Ridge Cooridor Development Corporation | For construction of a building at the Oak Ridge Nuclear Innovation Campus | | $ 3,000,000 | |
| HA 051 | Scarbrough | SA 171 | McNally | Museum of Appalachia | For supporting the preservation of historic buildings and collections and the development of educational programs about Appalachian history and heritage. | | | $ 10,000 |
| | | SA 172 | McNally | Oak Ridge Cooridor Development Corporation | For research and planning | | $ 750,000 | |
| HA 110 | Williams | SA 173 | McNally | Department of Safety | For funding training of the executive protection unit | | $ 140,000 | |
| HA 134 | Davis | SA 174 | McNally | Boys & Girls Clubs in Tennessee | To provide childcare services for low income families | | $ 5,000,000 | |
| HA 102 | Zachary | SA 175 | McNally | Department of Safety | To provide nonprofit security threat grants | | $ 1,250,000 | |
| HA 054 | Scarbrough | SA 176 | McNally | Department of Environment & Conservation | For the acquisition of the Clark Center Park property in Oak Ridge, Tennessee from the US Department of Energy, including the purchase of existing structures on such property, for future use of the property as a new state park. **S** | | $ 10,000,000 | |
| | | SA 177 | McNally | Department of Transportation | For making grants to commercial aviation authorities for capital improvements, as identified on page B-331 of the FY26-27 budget document. | Language | | |
| HA 052 | Scarbrough | SA 178 | McNally | Green McAdoo Cultural Organization | For maintenance, restoration, and operational expenses | $ 50,000 | | |
| HA 053 | Scarbrough | SA 179 | McNally | City of Oak Ridge | Earmarks the unexpended balance of the FY26 appropriation of $2.5M (NR) for the City of Oak Ridge to be used to purchase body-worn cameras for the Oak Ridge Police Department and authorizes the funds to be used for the purchase of body-worn cameras and the required necessary systems, equipment, and technologies necessary to implement and deploy them, including the in-car video camera system and less-lethal energy weapons system by the City of Oak Ridge | | | |
| HA 167 | McCalmon | SA 071 | Powers | Viable, Inc | For connecting individuals to the workforce | | $ 1,000,000 | |
| HA 014 | Marsh | SA 194 | Reeves | Tennessee Walking Horse National Celebration Association | For renovation and expansion of three RV parks | | $ 2,700,000 | |
| HA 218 | Hale | SA 196 | Reeves | Cannon County | For improvements to the county courthouse | | | $ 250,000 |
| | | SA 199 | Reeves | Special Olympics of Tennessee | To provde health screenings and fitness and wellness programming and to improve educational outcomes through its Unified Champion Schools program | | $ 750,000 | |
| HA 184 | Boyd | SA 200 | Reeves | Health Facilities Commission | For resolving the survey backlog | | $ 1,800,000 | |

Case 3:26-cv-00835    Document 14-1    Filed 06/26/26    Page 4 of 13 PageID #: 173

| HA# | House Sponsor | SA# | Senate Sponsor | Entity | Purpose | Recurring | Nonrecurring | Earmark |
|---|---|---|---|---|---|---|---|---|
| HA 183 | Boyd | SA 201 | Reeves | Department of Finance and Administration | Authorizing language for the transfer of $288,000 in recurring funding from within the Health Facilities Commission's operating budget for contractors to payroll | | | |
| HA 132 | Leatherwood | SA 017 | Rose | City of Bartlett | For sewer infrastructure projects | | | $ 5,000,000 |
| | | SA 142 | Rose | Human Coalition of Tennessee, Inc | For expanding from regional hubs to a statewide network of care for women, children, and families | $ 2,000,000 | | |
| HA 059 | Eldridge | SA 021 | Seal | Grainger County | For relocating the first Grainger County courthouse | | | $ 200,000 |
| | | FWM 1 | Stevens | Town of Huntingdon | Recreation Facilities | | | $ 1,500,000 |
| | | FWM 4 | Stevens | Attorney General and Reporter | To restore base reduction | $ 518,600 | | |
| HA 175 | White | SA 266 | Taylor | CodeCrew | For the organization's new headquarters in the City of Memphis that will house training programs for students and adults in computer science, coding, and artificial intelligence | | $ 2,500,000 | |
| HA 225 | Vaughan | SA 270 | Taylor | Memphis Art Museum | For the construction of a new museum | | $ 5,500,000 | |
| HA 126 | Faison | SA 067 | Walley | Department of Agriculture | For the Farm to Tap program to support the utilization of Tennessee agricultural products in brewing and the promotion of the Tennessee brewing industry | $ 100,000 | | |
| | | FWM 12 | Watson | Finance and Administration | To fund non-formula units | $ 3,702,300 | | |
| | | SA 183 | Watson | Tennessee Chamber of Commerce and Industry | For Learning Blade, Career Blade, and Ready for Industry programs | | $ 750,000 | |
| HA 137 | Martin, B | SA 184 | Watson | United Way of Greater Chattanooga | For the TN 211 Collaborative to build a complete statewide infrastructure for Tennessee's 211 system | | $ 3,800,000 | |
| HA 018 | Hicks, G | SA 185 | Watson | Andrew Jackson Foundation | For capital improvements for Andrew Jackson's Hermitage | | $ 8,000,000 | |
| | | SA 190 | Watson | Charter School Facilities Fund | The $40M (NR) identified on Page B-91 of the FY26-27 budget document shall be disbursed to charter schools on a per-pupil basis | | | |
| | | SA 288 | Watson | Side Sweeper | From the funds appropriated to any department, commission, board, agency, or other entity of state government, there ie earmarked or appropriated, a sum sufficient to fund any bill or resolution having an estimated first year's cost of $50,000 or less | | | |
| | | SA 291 | Watson | Sweeper | To fund all bills and resolutions having an estimated first year's cost of $50,000 or less which becomes law | $ 500,000 | | |
| | | FWM 6 | Watson | State Share of Local Costs | | $ 309,080 | | |
| | | SA 290 | Watson | Stripper | | | | |
| HA 168 | White | SA 152 | White | Department of Education | Corrects a typo in the appropriations act language in Section 11 and further authorizes LEAs receiving a Grade A incentive payment to budget and expend those funds in the same fiscal year as the funds are received | | | |
| HA 162 | Rudd | SA 154 | White | Department of Transportation | For widening SR 99 (Salem Highway) for approximately 2.5 miles in the Rockvale Community of Rutherford County | | $ 4,000,000 | |
| | | FWM 13 | Yager | City of Harriman | For Infrastructure and economic development | | $ 100,000 | |
| | | FWM 11 | Yager | Public Defenders Conference | For one-year salary for a social worker | | | $153,628 equity |

Case 3:26-cv-00835   Document 14-1   Filed 06/26/26   Page 5 of 13 PageID #: 174

| HA# | House Sponsor | SA# | Senate Sponsor | Entity | Purpose | Recurring | Nonrecurring | Earmark |
|---|---|---|---|---|---|---|---|---|
| HA 234 | Keisling | SA 001 | Yager | Macon County Recovery Court | To support and enhance programs, services, and operation of the recovery court | $ 100,000 | | |
| HA 001 | Butler | SA 213 | Yager | Town of Livingston | For the construction of a full-length parallel taxiway at Livingston Municipal Airport | | $ 7,838,000 | |
| | | SA 218 | Yager | University Health System, Inc d/b/a UT Medical Center | For pursuing a National Cancer Institute designation for the University of Tennessee Medical Center at Knoxville | | $ 7,000,000 | |
| | Sexton | FWM 2 | | Crossville Memorial Airport | For capital improvements | | | $ 1,200,000 |
| | Hicks | FWM 3 | | Memphis Airport Authority | Express delivery distribution | | $ 2,000,000 | |
| | Hicks | FWM 5 | | University of Memphis School of Law | To assist with scholarships | | $ 300,000 | |
| | Williams | FWM 7 | | Hope House | For programs and services for teenage mothers | | $ 750,000 | |
| | Williams | FWM 8 | | City of Cookeville | For TVA Tower relocation | | $ 750,000 | |
| | Hicks | FWM 9 | | Department of Human Services | Additional funding for summer food program | | $ 2,000,000 | |
| | | FWM 10 | | Chattanooga zoo | Grant for Chattanooga Zoo and Aquarium | | $ 5,000,000 | |
| | | Grant Pool | | Department of Health | Grant pool for EMS for equipment | | $ 5,000,000 | |
| | | Grant Pool | | Department of Commcere and Insurance | Grant pool for volunteer Rescue Squads for equipment | | $ 5,000,000 | |
| | | Grant Pool | | Department of Commerce and Insurance | Grant pool for volunteer fire departments | | $ 20,000,000 | |
| | | Grant Pool | | State Museum | Grant pool for museums for capital | | $ 5,000,000 | |
| | | Grant Pool | | Department of Disability and Aging | Grant pool for senior centers | | $ 5,000,000 | |
| | | Grant Pool | | Department of Economic and Community Development | Grant pool for courthouse renovation and maintenance | | $ 500,000 | |
| | | Grant Pool | | Department of Agriculture | Grant pool for fairs | | $ 1,500,000 | |
| HA 220 | Sexton | | | Tennessee Tech University | For establishing and supporting the University's supercomputer located at the Crossville campus | | $ 4,000,000 | |
| HA 082 | Camper | | | Chi Boule Chapter of Sigma Pi Phi Fraternity, Inc | For hosting a regional conference in the state | | $ 50,000 | |
| HA 083 | Camper | | | Tennessee Conference of Zetas, Inc | For the Zeta Phi Beta Sorority International Boule Conference to be held in July 2026 in Nashville, Tennessee | | $ 50,000 | |
| HA 229 | Doggett | | | Tennessee Wildlife Resources Agency | For contracting with USDA Wildlife Services for wild hog and other wildlife damage control operations- FOR TRAPS - CHANGE LANGUAGE | | $ 50,000 | |
| HA 016 | POWERS | | | Claiborne Heritage Center | For restoration of the historic Graham-Kivett House and its conversion to a museum | | $ 100,000 | |
| HA 027 | Hicks, G | | | Hancock County | For county park infrastructure completion. | | | $ 500,000 |
| HA 117 | Hicks, G | | | East Tennessee Regional Forensic Center | To provide digital forensic capabilities and training to law enforcement agencies in East Tennessee | | $ 932,640 | |
| HA 165 | McCalmon | | | Thistle Farms, Inc | For statewide re-entry, workforce, and housing initiatives that serve justice-involved survivors of human trafficking. | | | $ 400,000 |
| HA 222 | Sexton | | | City of Monterey | For development of trails at Meadow Creek Park | | | $ 500,000 |
| HA 004 | Hawk | | | Department of Transportation | To support the rehabilitation and improvement of the state's short-line railroads | | $ 20,000,000 | |
| HA 060 | Jones, R | | | Erwin Utilities Authority | For offsetting increased depreciation from replacing the waste water treatment plant | Language | | |
| HA 106 | Jones, R | | | Elizabethton, Erwin, Mountain City, and Newport | For grants for general expenses and recovery efforts from Hurricane Helene. F | | | $ 3,740,150 |

Case 3:26-cv-00835    Document 14-1    Filed 06/26/26    Page 6 of 13 PageID #: 175

| HA# | House Sponsor | SA# | Senate Sponsor | Entity | Purpose | Recurring | Nonrecurring | Earmark |
|---|---|---|---|---|---|---|---|---|
| HA 205 | Powers | | | Campbell County Children's Center | For programs and services in a five-county area for children who are removed from homes | | $ 50,000 | |
| HA 207 | Powers | | | Campbell County Historical Society | For programs and services, including historical preservation and preserving graves of veterans, and for historical educational videos | | $ 10,000 | |
| HA 219 | Sexton | | | Department of Economic and Community Development | To host a Council of State Governments (CSG) National Conference in Nashville, Tennessee | | $ 5,000,000 | |
| HA 223 | Sexton | | | Vanderbilt University Medical Center's ALS Research Center | For ALS research | | $ 10,000,000 | |
| | Sexton | FWM XX | | City of Cookeville | Inclusive Youth Soccer Facility - | | | $ 500,000 |
| | Sexton | | | City of Crossville | Inclusive Playground - | | | $ 500,000 |
| HA 090 | Capley | | | Hardin Medical Center | For structural repairs to the hospital | | $ 11,000,000 | |
| HA 118 | Carringer | | | The Muse Knoxville | For completing the expansion into the Jacob Building located at Chilhowee Park and Exposition Center and continue to bring STEM education to students and residents throughout the eastern counties of this state | | $ 9,000,000 | |
| HA 181 | Darby | | | Special Olympics of Tennessee | To provide health screenings and fitness and wellness programming and to improve educational outcomes | | $ 750,000 | |
| HA 196 | Faison | | | Pigeon River Outfitters Association | For a federal grant match. | | | $ 1,500,000 |
| HA 074 | Farmer | | | Sevier County | For a sewer line extension for Old Newport Highway, Jones Cove Road, and Dixon Branch Road | | $ 6,000,000 | |
| HA 063 | Gillespie | | | City Leadership | For the organization's Choose901 Alumni Initiative, which supports Memphis graduates after high school to increase college completion, job placement, and long-term workforce retention | | $ 1,600,000 | |
| HA 035 | Haston | | | SME Education Foundation | To implement high school manufacturing and engineering programs aligned with local workforce needs | | $ 1,200,000 | |
| HA 024 | Hicks, G | | | Hawkins County | To build a 4-H Livestock Event Center that includes a farmers market and extension offices for the University of Tennessee and Tennessee State University. | | | $ 3,500,000 |
| HA 045 | Lamberth | | | Nashville Zoo, Inc | For assisting in completing the Forest of Borneo exhibit | | $ 20,000,000 | |
| HA 012 | Marsh | | | City of Fayetteville | For the upkeep of landscaping at Camp Blount Historic State Park | $ 25,000 | | |
| HA 056 | Scarbrough | | | Roane County Industrial Development Board | For completing the companion facility to the University of Tennessee, Knoxville and Y-12 national security prototype center | | $ 28,000,000 | |
| HA 109 | Williams | | | Bureau of TennCare | To provide a rate increase for home delivered meals to senior citizens, supporting their ability to age in place | $ 445,700 | | |

| | HB | House Sponsor | SB | Senate Sponsor | DESCRIPTION | REC STATE EXPENSE | NON REC STATE EXPENSE | STATE REVENUE REC | STATE REVENUE NR | EARMARK REC | EARMARK NR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | 2253 | Williams | 2465 | Bailey | Prohibits a juvenile adjudicated delinquent from conduct that, if committed by an adult, would constitute a threat of mass violence, from purchasing or possessing a firearm until the juvenile reaches 25 years of age. Creates a Class A Misdemeanor for violation. Increases the penalty for sexual exploitation of a minor, aggravated sexual exploitation of a minor, and especially aggravated sexual exploitation of a minor | | | | | | |
| 170 | 2466 | Rudder | 2462 | Bailey | Requires the criminal court clerk to provide each DA with the data and info needed to comply with reporting requirements - specifically data related to the annual report of persons not lawfully present in the US charged or convicted of a criminal offense and all other data and information required. Requires the DAs to reimburse reasonable costs incurred by clerk. | | | | | | |
| 171 | 1176 | Williams | 997 | Bailey | Annexation - As introduced, specifies circumstances in which a referendum will not be required to effectuate annexation of territory; removes repealer provision for exceptions to the referendum requirement. - Amends TCA Section 6-51-104. | | | | | | |
| 172 | 2026 | Williams | 1814 | Bailey | Creates a Class A Misdemeanor for a person to intentionally move without replacing, alter, destroy, or remove a monument that the person knows is a property corner monument, historic land surveying monument, or geodetic control monument. Excludes employees and contracts with TDOT when engaged in official duties on behalf of the department | | | | | | |
| 173 | 2196 | Williams | 1610 | Bailey | Local Government, General - As introduced, authorizes Putnam County and incorporated cities within the county to regulate sober living homes for recovery from alcohol, drug, and substance abuse to the extent such regulation complies with the Fair Housing Act and the Americans with Disabilities Act. - Amends TCA Title 7, Chapter 51, Part 26. | | | | | | |
| 174 | 2428 | Capley | 1900 | Bailey | Criminal Offenses - As introduced, increases the penalty for assaulting a first responder from a Class A misdemeanor with a mandatory fine of $5,000 and a mandatory minimum of 30 days incarceration to a Class E felony with a mandatory fine of $10,000 and a mandatory minimum of 60 days incarceration. - Amends TCA Title 39 and Title 40. | | | | | | |
| 175 | 2076 | Reeves | 2122 | Bowling | General Assembly, Directed Studies - As introduced, establishes a nine-member Tennessee K-12 nutrition task force to evaluate the prevalence of ultra-processed foods (UPFs) and other substances in public school meal programs and the impact of UPFs on student health, to report its findings by December 1, 2026, and to terminate January 31, 2027. - Amends TCA Title 49. | | | | | | |
| 176 | 1652 | Eldridge | 1620 | Briggs | Alcoholic Beverages - As introduced, requires the alcoholic beverage commission to produce an annual report listing the persons convicted for offenses related to alcohol vaporizing devices; requires the report to be filed with the chair of the state and local government committee of the senate and the chair of the committee having jurisdiction over consumption of alcoholic beverages on premises in the house of representatives no later than December 1, 2026, and each December 1 thereafter. - Amends TCA Title 57. | | | | | | |
| 177 | 1443 | Jones, R | 1777 | Crowe | Enacts the "Caring for Caregivers Act" and requires DDA to administer a family caregiver grant pilot program to provide grants to family caregivers from July 1, 2026 to December 31, 2029 | | 200,000 | | | | |
| 178 | 2115 | Martin G | 2581 | Gardenhire | Authorizes the municipal governing body to adopt an ordinance to determine the number and condition of vacant properties within its jurisdiction and establish a vacant property inventory program and prescribe a vacant property inspection district that includes properties which are either deteriorated or in the process of deteriorating for purposes of ensuring compliance with applicable local housing, building, plumbing, electrical, fire, health, or related codes and to promote the health, safety, and welfare of citizens. | | | | | | |
| 179 | 2281 | Martin B | 2330 | Gardenhire | State Government - As introduced, requires departments, agencies, and other state governmental entities to make information and records available, including by means of direct electronic access, to the staff of the general assembly's fiscal review committee; requires the department of finance and administration to provide the office of legislative budget analysis with access to applicable state budget formulation and management systems. - Amends TCA Title 3, Chapter 13; Title 3, Chapter 14 and Title 3, Chapter 7. | 1,025,400 | 29,800 | | | | |
| 180 | 2409 | Hicks, T | 2416 | Gardenhire | As introduced, adds an exception to the requirement that mineral and other interests in real property are assessed to the owner of the real property. | | | | | | |
| 181 | 162 | Gant | 198 | Haile | Authorizes a county or municipality to pay a property tax refund to eligible taxpayers through annual installments, applied as credits against future obligations, pursuant to a written agreement. Repeals act on June 30,2041 | | | | | | |
| 182 | 1493 | Slater | 1490 | Haile | Authorizes local historical boards to lease land that is part of an historical site for agricultural purposes and requires all proceeds received to be used for the preservation of historic sites and structures managed. | | | | | | |
| 183 | 1816 | Williams | 2533 | Haile | Requires the Opioid Abatement Council to allocate funds to the Bureau of TennCare and the DMHSAS from the funding in the Opioid Abatement Fund that are not required to be disbursed to counties. Requires 10% of the funds paid to the OAF on or after July 1, 2026 available to the OAC after accounting for county disbursements, to be allocated to DMHSAS for crisis and residential services for uninsured individuals with co-occurring mental health and substance use disorders. | | | | | | |
| 184 | 1885 | Cepicky | 2136 | Haile | Prohibits the operation or possession of gambling devices and the operation, conducting, or commercial promoting of online sweepstakes games. Expands the investigative authority of the AG to investigate unlawful activity relative to illegal gambling. HA 15828 also requires TACIR to conduct a study on online sweepstakes games and internet gaming available in this state and report no later than January 31, 2027. | | | | | | |
| 185 | 920 | Scarbrough | 900 | Harshbarger | Requires defendants charged with specific offense to post bail, and prohibits said defendants from being ROR'd | | | | | | |
| 186 | 1959 | Scarbrough | 2040 | Harshbarger | Pharmacy, Pharmacists - As introduced, enacts the "Freedom, Access, and Integrity in Registered Pharmacy (FAIR Rx) Act." - Amends TCA Title 63. | | | | | | |
| 187 | 1525 | Stinnett | 1633 | Hatcher | Sentencing - As introduced, requires a sentencing court to order the sentences for two or more offenses involving more than one minor victim to run consecutively unless the court finds by a preponderance of the evidence that the facts of the case do not warrant the imposition of consecutive sentences and the imposition of consecutive sentences would not be in the best interest of justice. - Amends TCA Title 40. | | | | | | |
| 188 | 1718 | Atchley | 1820 | Hatcher | Body cameras on COs at Trousdale Turner EARMARK FROM EXISTING BASE BUDGET | | | | | | |
| 189 | 1516 | Moon | 1592 | Hatcher | Establishes a process for continuing funding of municipal operations when a municipal legislative body has not adopted a budget on the first day of the fiscal year. | | | | | | |
| 190 | 2207 | Hicks, G | 2537 | Hatcher | Makes various changes to property tax | | | | | | |
| 191 | 2425 | Howell | 2528 | Hatcher | Expands the purposes for which monies from the Ocoee River Recreation and Economic Development Fund may be expended by the Ocoee River Recreation and Economic Development Fund Board. Beginning July 1, 2026, reduces the max number of commercial operator permits that can be issued from 24 to 12 | | | | | | |

Case 3:26-cv-00835   Document 14-1   Filed 06/26/26   Page 8 of 13 PageID #: 177

| HB | House Sponsor | SB | Senate Sponsor | DESCRIPTION | REC STATE EXPENSE | NON REC STATE EXPENSE | STATE REVENUE REC | STATE REVENUE NR | EARMARK REC | EARMARK NR |
|---|---|---|---|---|---|---|---|---|---|---|
| 1497 | Cepicky | 1630 | Hensley | Requires, as opposed to authorizes the legislative body of each municipality to change the date of municipal elections to coincide with the August primary or November general elections. Requires the issue of incorporation of a new charter to be voted on at the next election after the petition for incorporation is certified. Requires a request or petition to be withdrawn or amended 90 days prior to an election | | | | | | |
| 519 | Cepicky | 599 | Hensley | Transfer of James K Polk house to the Tennessee Historical Commission | | | | | | |
| 2000 | Cepicky | 2318 | Hensley | Schools, Charter - As introduced, allows private postsecondary institutions, including those that are religiously affiliated, to operate a public charter school; allows such institutions to apply to the local board of education or directly to the Tennessee public charter school commission to open a public charter school and to give an enrollment preference to children of the institution's employees or members of its governing body in the same manner afforded to public institutions of higher education. - Amends TCA Title 49. | | | | | | |
| 2369 | Doggett | 2388 | Hensley | Requires the municipality to pay the cost of an autopsy if requested by the municipality or the municipal law enforcement unless paid for by the state. Increases the maximum monthly fee related to probation and judicial diversion for eligible defendants to $60. | | | | | | |
| 1553 | Lynn | 1639 | Jackson | Removes a filing fee that must be paid to the Secretary of State to file articles of termination of corporation existence | | (800) | | | | |
| 1914 | Boyd | 1613 | Jackson | Authorizes state veterans' homes to provide services other than skilled nursing services to honorably discharged veterans | | | | | | |
| 2023 | Martin B | 2085 | Jackson | Victims' Rights - As introduced, increases the victims assistance assessment from $45 to $125, with the first $15 allocated to the court clerk and the remainder directed to county-designated victim assistance programs. - Amends TCA Section 40-24-109. | | | | | | |
| 2110 | Boyd | 2431 | Jackson | Authorizes HFC to regulate and license burn units, NICUs, MRI services, and PET services. Authorizes HFC to suspend or revoke any license for failure to obtain accreditation within the time prescribed by an applicable CON exemption. Authorizes HFC to require an applicant or licensee to pay the actual and reasonable costs incurred in conducting a site visit required for initial licensure or renewal. Authorizes HFC to require a licensee who is sanctioned following a disciplinary hearing to pay the actual and reasonable costs of the investigation and prosecution of the disciplinary proceeding. Establishes that all fines, costs, and fees collected remain w/ HFC.<br><br>Establishes that HFC may determine eligibility for a licensed hospital for designation as a critical access hospital under the Medicare rural hospital flexibility program to the fullest extent permitted by the program. Makes changes to the conflict-of-interest policy for members and employees of HFC.<br><br>Extends from January 1, 2027 to December 31, 2028 the date by which the HFC must ensure that each licensed nursing home in the state has been inspected within the preceding 15 months. | | | | | | |
| 2552 | Lamberth | 2237 | Johnson | Establishes additional requirements of a municipality, county, or metro government regarding reviews of development applications, development plans, and site inspections submitted by developers or contractors. Effective January 1, 2027 | | | | | | |
| 1346 | Reeves | 1232 | Johnson | Enacts the Recovery Court Renewal Act. Authorizes a person with a single conviction of DUI at least 10 years removed to petition for expunction of certain convictions other than DUI | | | | | | |
| 1632 | Lamberth | 1884 | Johnson | Makes various changes to the Tennessee Drycleaner's Environmental Repones Act including increasing, from $200,000 to $500,000 the maximum Fund expenditure per year; establishes that certain facilities cannot participate in the fund. | | | | | | |
| 1634 | Lamberth | 1871 | Johnson | Authorizes DGS to operate a sale facility at MALETA | | | | | | |
| 1635 | Lamberth | 1888 | Johnson | Clarifies eligibility and required documentation for interment in state veterans' cemeteries for military service members and veterans | | | | | 42,100 | (22,600) |
| 1706 | Zachary | 1587 | Johnson | Creates a Class A Misdemeanor for a direct employer to knowingly employ and allow a person who is unlawfully present in the US to operate a commercial motor vehicle. Creates a Class A Misdemeanor for a person who is unlawfully present to operate a commercial motor vehicle. Authorizes persons who suffer personal injury or property damage as a result of an unlawfully present person operating such a vehicle to recover compensatory and punitive damages, court costs, and attorneys fees | | | | | | |
| 1881 | Slater | 1585 | Johnson | Revises annual assessment requirements for participating students in grades 3-11 by authorizing participating schools to administer either a nationally standardized achievement test aligned to the school's instructional plan or TCAP tests in Math and ELA.<br><br>Deletes provisions related to parent graduation reporting, parental satisfaction surveys, the department's annual reporting requirements, annual audits, and TVVAS scores for participating schools.<br><br>Requires participating school to submit aggregated, deidentified student assessment results to OREA. | | | | | | |
| 2102 | Wright | 2614 | Johnson | County Government - As introduced, authorizes a county legislative body operating under the County Purchasing Law of 1957 to set the compensation for the director of accounts and budgets. - Amends TCA Title 5 and Title 8. | | | | | | |
| 2219 | Garrett | 2223 | Johnson | Requires by January 1, 2027, the sheriff of each county to enter into an MOA with fed officials concerning enforcement of federal immigration law. Violation may result in the state withholding all funds of the state allotted to the sheriff's office or to the local government for use by the sheriff's office. Authorizes the sheriff to temporarily suspend compliance due to an emergency requiring reallocation of resources in response to the emergency.<br><br>Requires reporting regarding immigration data. Requires the TN Correction Institute Board of Control to adopt a policy by rule for the temporary detention and custody of individuals pursuant to the MOA. | 248,600 | 25,000 | | | | |
| 2402 | Reeves | 2658 | Johnson | Provides emergency utility workers immunity from civil liability for any injury, death, or property damage resulting from an act or omission committed in good faith which engaged in emergency power restoration activities during a state of emergency declared by the Governor. Applies enhanced sentencing provisions applicable to first responders and applicable emergency utility worker/ line worker | | | | | | |
| 2526 | Lamberth | 1868 | Johnson | Children - As introduced, defines a child in need of heightened supervision; makes various other changes regarding the commitment, detention, and shelter care of children. - Amends TCA Title 37, Chapter 1, Part 1. | | | | | | |

Case 3:26-cv-00835    Document 14-1    Filed 06/26/26    Page 9 of 13 PageID #: 178

| HB | House Sponsor | SB | Senate Sponsor | DESCRIPTION | REC STATE EXPENSE | NON REC STATE EXPENSE | STATE REVENUE REC | STATE REVENUE NR | EARMARK REC | EARMARK NR |
|---|---|---|---|---|---|---|---|---|---|---|
| 2533 | Lamberth | 2228 | Johnson | Requires the COT to hold the hearing regarding local director or purchasing agent of a county legislative body failing to maintain records or follow budgetary procedures. Terminates the Dyslexia Advisory Council. SBOE textbook instructional materials quality commission, the PCSC are administratively attached to DOE but remain separate entities. Removes the requirement that DOE have the TISA reviewed by relevant experts for the purpose of a cost review. Extends fingerprint-based state and federal criminal history check requirements to employees working in training schools operated by public and private colleges and universities.<br><br>Requires LEAs and PCS to use funding for summer learning camps for the specified camp purposes first, allows remaining funds to be used for the required tutoring, and requires the camp funding to supplement rather than replace existing funding for other out-of-school-time educational programs.<br><br>Postpones the requirement for 5th grade students to complete one semester of TN History until the 27-28 school year<br><br>Requires LEAs and PUCS to submit paid family leave reimbursement requests within the same fiscal year the leave was taken.<br><br>Sets the 1,500 student limit as a total enrollment cap for an LEA's virtual school |  |  |  |  |  |  |
| 2540 | Lamberth | 1873 | Johnson | State Employees - As introduced, makes various changes regarding employment with this state and state employment benefits. - Amends TCA Title 4; Title 8; Section 41-24-113 and Section 70-1-309. |  |  |  |  |  |  |
| 2541 | Lamberth | 2229 | Johnson | Expresses the public policy that the prevailing wage rate be paid to works on non-state contracts for construction projects on public highways; makes other revisions for the Prevailing Wage Act |  |  |  |  |  |  |
| 1720 | Hicks, T | 1771 | Lowe | Authorizes certain counties to adopt a resolution prohibiting a municipality or regional zoning commission from exercising zoning authority outside of the boundaries of the municipality<br><br>15729 requires a person filing a preliminary plat, final plat, site plat, or building permit within a county that has adopted the provisions of this act, and for which site, the location is outside a municipal boundary but within the urban growth boundary, to include a declaration of whether the person seeks to have the property annexed by a municipality. Establishes conditions based upon approval/disapproval |  |  |  |  |  |  |
| 1924 | Carringer | 1492 | Massey | Directs TACIR to study the status of crime stoppers programs. No required reporting date. |  |  |  |  |  |  |
| 2129 | Alexander | 2361 | Massey | TACIR STUDY |  |  |  |  |  |  |
| 2320 | Wright | 2613 | Massey | Renames the Convention Center Authorities Act of 2009 to the Convention Center and Agricultural Exposition Act. Authorizes municipalities to establish an agricultural exposition authority |  |  |  |  |  |  |
|  |  | SJR 1022 | McNally | bust of Anne M. Davis - founding mother of the Great Smoky Mountains NP - to be installed in the State Capitol |  | 82,300 |  |  |  |  |
| 1681 | Reeves | 1766 | Pody | Regional Authorities and Special Districts - As introduced, revises various provisions of the Real Estate Infrastructure Development Act of 2025. - Amends TCA Title 7; Title 9; Title 12; Title 13; Title 66; Title 67 and Title 68. |  |  |  |  |  |  |
| 2509 | Sexton | 2410 | Powers | Creates the Community Workforce Housing Innovation Pilot Program administered by THDA to provide loans to applicants for construction or rehabilitation of workforce housing. Requires THDA to provide incentives to local governments in eligible areas to use local affordable housing funds to assist in meeting the affordable housing needs of person eligible under the program. Authorizes local government to use available state affordable housing funds to assist in providing workforce housing to households within specific income ranges. |  | 20,000,000 |  |  |  |  |
| 1667 | Maberry | 1668 | Powers | Local Government, General - As introduced, authorizes municipalities and metropolitan governments to adopt a tiered system of monetary penalties for repeated violations of the same municipal ordinance by the same person or entity within a 12-month period. - Amends TCA Title 6 and Title 7. |  |  |  |  |  |  |
| 2114 | Crawford | 2450 | Powers | Requires TACIR to study if newspapers of general circulation remain the most efficient and effective manner for governments to provide public information and report by January 31, 2027 |  |  |  |  |  |  |
| 2258 | Lankford | 2442 | Powers | Creates the Jeff Burkhart Act which authorizes counties to establish a central business improvement district under the CBID Act of 1990 |  |  |  |  |  |  |
| 684 | Farmer | 879 | Reeves | Requires DHS to provide TDOC with a form application for food assistance for inmates who are preparing for release. Requires TDOC to provide each inmate a copy of the application and sufficient means to complete prior to release and submit back to DHS.<br><br>Requires DHS to seek any waivers necessary |  |  |  |  |  | 40,300 |
| 1916 | Boyd | 1786 | Reeves | Specifies that any vacation lodging services performed by an affiliate broker or broker not holding additional licensure must be under the supervision of the principal broker of the affiliate broker or broker |  |  |  |  |  |  |
| 2145 | Terry | 2544 | Reeves | Creates the Respiratory Care Interstate Compact Act |  |  |  |  |  |  |
| 2574 | Kumar | 2640 | Roberts | Clarifies present law regarding the revocation of a person's driver license for an implied consent violation |  |  |  |  |  |  |
| 220 | Reedy | 520 | Roberts | Water Authorities - As introduced, expands the areas served by the West Tennessee River Basin Authority to include Perry, Stewart, Houston, and Humphreys counties. - Amends TCA Title 64, Chapter 1, Part 11. |  |  |  |  |  |  |
| 1245 | Reedy | 1401 | Roberts | Directs TACIR to study licensing and oversight of facilities operated by or contracted for juvenile detention by January 31, 2027 |  |  |  |  |  |  |
| 1878 | Littleton | 2646 | Roberts | Authorizes the board of directors of an IDC to initiate a merger with another IDC in the manner provided for public benefit corporations. Authorizes the IDC to negotiate and receive from any lessee of the IDC, without any delegation from the municipality, PILOTs with respect to tax-credit housing projects, despite such PILOT resulting in a reduction in taxes relative to the tax year prior to the year the project became a tax-credit housing project. Requires any agreement to accept or waive PILOT to be submitted to the local legislative body |  |  |  |  |  |  |
| 2349 | Littleton | 2647 | Roberts | SA/HA 15638 Requires DCS to create, on or before July 1, 2027, a web-based system through which members of the public may obtain a list of all licensed/approved child care agencies searchable by zip code. Establishes other requirements on available data concerning child care agencies |  |  |  |  |  |  |
| 1733 | Moody | 1774 | Rose | Expands the definition of bullying, as it relates to the criminal offense of harassment to include a school employee that substantially interferes with another student's educational benefits, opportunities, or performance. |  |  |  |  |  |  |
| 2328 | Lankford | 2367 | Rose | Authorizes Tipton and Montgomery County to participate in the Land Bank Program and the Neighborhood Preservation act |  |  |  |  |  |  |
| 2446 | Hicks, G | 2338 | Seal | Establishes the Volunteer FF Vehicle Grant Program |  | 1,000,000 |  |  |  |  |
| 2223 | Marsh | 2419 | Stevens | Requires a person who intends to sell sparkling devices and does not currently hold one of six existing fireworks permits to register each location with the State Fire Marshall's Office. |  |  | 204,100 |  |  |  |

Case 3:26-cv-00835   Document 14-1   Filed 06/26/26   Page 10 of 13 PageID #: 179

| | HB | House Sponsor | SB | Senate Sponsor | DESCRIPTION | REC STATE EXPENSE | NON REC STATE EXPENSE | STATE REVENUE REC | NR | EARMARK REC | EARMARK NR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 248 | 2491 | Williams | 2039 | Stevens | Eliminates the fraud and economic crimes fees and assessment in criminal prosecutions for counties that have enacted a 12.50 court cost to be used for supplemental funding for the Das | | | | | | |
| 250 | 29 | Cepicky | 225 | Taylor | Requires certain insurers to reimburse chiropractic physicians at the same rate as physicians for the same services | 2,777,800 | | | | | |
| 251 | 662 | White | 714 | Taylor | Memphis School Takeover | | 1,000,000 | | | | |
| 252 | 1268 | Scarbrough | 846 | Taylor | | 811,200 | (72,400) | | | | |
| 253 | 555 | Capley | 671 | Taylor | Criminal Offenses - As introduced, increases from a Class E felony to a Class D felony the offense of burglary of a conveyance. - Amends TCA Title 39 and Title 40. | | | | | | |
| 255 | 794 | Vaughan | 855 | Taylor | Authorizes participating municipalities to extend sanitary sewer service or allow sewer connection to property within an adjacency area if the property owner or developer agrees to pay, or the municipality assesses, as housing surcharge | | | | | | |
| 256 | 1450 | Baum | 1708 | Taylor | Prohibits charitable organizations or similar entities from posting security for a single defendant more than once a calendar year and/or in an amount greater than $5,000 per defendant | | | | | | |
| 257 | 1708 | Capley | 1889 | Taylor | Authorizes persons who are unable to speak and read in English to take a driver license or intermediate driver license exam in a language other than English. Such persons will be issued a non-renewable restricted license valid for 18 months. Applicant must retake the test in English upon expiration of restricted license. Prohibits DOR or county clerk from processing an initial issuance or renewal motor vehicle registration until the applicant provides documentation that they are a citizen of the US, a lawful permanent resident, or a person whose temporary presence has been authorized by the federal government 017262 adds language to ensure that each driver services center prominently displays a list of local entities or individuals that provide English as a second language programs or instruction. | | | (4,400) | 2,200 | | |
| 258 | 1773 | Leatherwood | 1826 | Taylor | Open Meetings - As introduced, authorizes emergency communications district boards of directors to participate in board meetings electronically under the open meetings law. - Amends TCA Title 7, Chapter 86, Part 3 and Title 8, Chapter 44, Part 1. | | | | | | |
| 259 | 1847 | Butler | 2128 | Taylor | Prohibits a county, metro, or incorporated city or town or electric utility from paying or otherwise absorbing the cost of electrical infrastructure incurred solely to serve a data center. Specifies that a utility may allocation a portion of its costs under certain circumstances. Authorizes a utility to reimburse a data center owner or operator for the costs of electrical infrastructure under certain circumstances. | | | | | | |
| 260 | 1933 | Vaughan | 1984 | Taylor | Requires TACIR to study and prepare a report on pay equity for ADAs general in the state before January 31, 2027 | | | | | | |
| 261 | 2381 | Vaughan | 2213 | Taylor | Makes changes regarding the review and inspection of plans, materials, and utility infrastructure by utilities, relating to the installation of utility infrastructure by customers and private contractors. Has authorize a local government to submit a request to another local government to provide a valuation of the electric distribution property and service rights to an electric utility located within the corporate boundaries of the requesting local government. Provides timeline for purchase and transfer and acquisition of property and rights if the requesting local government or electric co-op chooses to purchase all or some of such property and service rights. | | | | | | |
| 262 | 2385 | Vaughan | 2057 | Taylor | Requires a utility system providing wastewater service to provide a connection when the utility system has an existing gravity sewer line located on or adjacent to the owner's property within the street ROW, public access easement, or public utility easement | | | | | | |
| 265 | 2386 | Vaughan | 2191 | Taylor | Authorizes a county, municipality, or metro to enter into a cost-sharing agreement with a private developer to develop improvements to offsite public infrastructure, including utility extensions, if such improvement is required for the development to be completed | | | | | | |
| 267 | 2592 | Boyd | 2102 | Taylor | Requires certain municipal electric utilities to expand their board to include an additional voting member for home counties, if the home county chooses. | | | | | | |
| 270 | 2172 | Williams | 2295 | Walley | tax on inhalable liquid hemp | | | 2,903,400 | | | |
| 271 | 1536 | Shaw | 1645 | Walley | Enacts the Tennessee Agricultural Innovation and Education Initiative to be administered by the Department of Agriculture to support statewide agricultural outreach and education, expand digital access to agriculture-focused workforce and learning, promote market access and economic opportunities in agriculture, and strengthen the state's position as a model for agricultural-centered technology and innovation. Specifies the legislative intent is to include a $2M recurring appropriation to implement. | 1,000,000 | | | | | |
| 272 | 388 | Butler | 145 | Walley | Courthouse Square Revitalization Pilot Project - extends 10 years to 2038. | | | | | | |
| 273 | 1535 | Shaw | 1578 | Walley | Designates the facility providing water and wastewater services to the Megasite as the "Michael Banks Water Treatment Facility" | | | | | | 6,500 |
| 274 | 1702 | Bricken | 1898 | Walley | General Assembly, Studies - As introduced, directs the Tennessee advisory commission on intergovernmental relations (TACIR) to perform a study of this state's emergency communications system. | | | | | | |
| 275 | 1739 | Shaw | 1772 | Walley | Authorizes the Megasite to enter into MOUs with local law enforcement agencies | | | | | | |
| 276 | 1764 | Gant | 1468 | Walley | Designates the national guard armory in McNairy County as the "Brigadier General Donal F. Hawkins Army National Guard Armory: | | | | | | 12,500 |
| 277 | 2177 | Slater | 2351 | Watson | Permits the Public Charter School Commission (PCSC) to require an LEA to enter into a contract to provide existing school or student support services to public charter schools within the LEAs geographic boundaries that are authorized by the PCSC. Provides that LEAs are not required to establish new services for this purpose and requires the reimbursement to the LEA for actual costs incurred. blic charter school's governing body to establish the order of enrollment preferences through an approved lottery policy, rather than following a set order. Narrows enrollment preference by removing eligibility for certain county-resident students who were enrolled in a different LEA within the county Requires each public charter school authorizer to adopt a renewal policy establishing performance standards. Makes changes to the replication process. | | | | | | |
| 279 | 1899 | Slater | 2083 | Watson | Increases, from 3 to 5, the maximum number of person in a home for the aged to be considered a tier 1 home; increases from 4 to 6, the maximum number of people in a home for the aged to be considered a tier 2 home | | | | | | |
| 280 | 2106 | Lamberth | 2159 | Watson | Sets a limit, of $10M per year, regarding how much surplus revenue can transfer from the Lottery for Education Account to the Tennessee Promise Scholarship | | | | | | |
| 281 | 2121 | Williams | 2072 | Watson | Requires each LEA and public charter school toa annually submit two reports to OREA. Directs the Department of Education to include these reports on the state report card and the total amount of state funds appropriated to each LEA and public charter school and the total indebtedness of the LEA on the state report card | | 55,000 | | | | |

Final Bills

Case 3:26-cv-00835    Document 14-1    Filed 06/26/26    Page 11 of 13 PageID #: 180

10/11

4.15.26

| | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HB | House Sponsor | SB | Senate Sponsor | DESCRIPTION | REC STATE EXPENSE | NON REC STATE EXPENSE | STATE REVENUE REC | NR | EARMARK REC | EARMARK NR |
| 282 | | 2270 Hicks, G | | 2061 Watson | Creates the Children's Digital Protection Fund. Settlements from legal claims concerning social media, online gaming, or other digital technology are deposited into the fund - as determined by the AG - and expended for specific purposes | | | | | | |
| 283 | | 2422 Martin, G | | 2317 Watson | Requires DOE to implement a pilot program to evaluate whether administering fewer district and state-mandated assessments results in greater student academic success. Requires DOE to select up to 10 LEAs to participate. | | | | | | |
| 284 | | 1522 Stevens | | 1738 White | Exempts a military service member who is stationed out of state on military orders from paying the additional registration fee imposed on all-electric vehicles | | | (1,200) | 100 | | |
| 285 | | 1668 Rudd | | 1737 White | Creates the criminal offense of knowingly traveling, with intent to commit theft of a person's cash from a commercial business or financial institution, on the same path or route as another person without substantially deviating. This bill provides a definition of "intent" | 56,300 | | | | | |
| 287 | | 2157 Moody | | 2405 White | Creates the Tennessee Safe Initiative Task Force attached to TBI | 5,340,000 | 3,704,400 | | | | |
| 288 | | 1926 Bricken | | 1964 Yager | Fireworks - As introduced, expands the length of the existing Independence Day and New Year sales periods and adds new Memorial Day and Labor Day sales periods for seasonal retailers of fireworks for the 2026 retail period; increases the seasonal retailer permit fee from $100 to $150 for calendar year 2026; and authorizes the state fire marshal to promulgate rules to effectuate the act. - Amends TCA Title 68, Chapter 104. | | | | | | |
| 289 | | 2204 Williams | | 2177 Yager | Requires TACIR to study salaries and other benefits of state and local law enforcement and amendment establishes that the Commissioner of Safety may establish a hazardous duty designation for members of the highway patrol that may be used to authorize additional compensation for designated members. | | | | | | |
| 290 | | 2406 Scarbrough | | 2054 Yager | Establishes that the maximum amount of acreage of land entitled to a property tax exemption for certain nonprofit entities is $400. Such exemption extends to real and personal property regardless of use. | | | | | | |
| 291 | 1526 | | | 1632 Hatcher | RENAME Army NATIONAL GUARD ARMORY in Maryville TN as the CSM William O. Gregory National Guaard Armory | | | | | | 7,800 |

Case 3:26-cv-00835    Document 14-1    Filed 06/26/26    Page 12 of 13 PageID #: 181