# EXHIBIT 2



**STATE OF TENNESSEE**
**DEPARTMENT OF EDUCATION**
710 JAMES ROBERTSON PARKWAY
NASHVILLE, TN 37243

**BILL LEE**
GOVERNOR

**Lizzette Reynolds**
COMMISSIONER

May 22, 2026

Shelby County Board of Education
boardoffice@scsk12.org

*Delivered via email*

Dear Members of the Shelby County Board of Education,

During the 2026 legislative session, the Tennessee General Assembly passed Senate Bill No. 714/House Bill No. 622, which Governor Lee signed today. Pursuant to the new law, an educational oversight board must be created for a local education agency (LEA) that meets four or more of the following criteria:

- **Criteria #1**: The LEA's proficiency rate in mathematics and in English language arts on the most recently administered TCAP tests, including end-of-course examinations, reflects that fifty percent or more of the students enrolled in the LEA are not proficient.

- **Criteria #2**: Twenty-five percent or more of the schools managed and controlled by the LEA's local board of education were assigned a "D" or "F" letter grade for the most recent school year for which letter grades were assigned by the department pursuant to Tenn. Code Ann. § 49-1-228.

- **Criteria #3**: Twenty-five percent or more of the students enrolled in the LEA were chronically absent in the most recent school year.

- **Criteria #4**: At least one school managed and controlled by the LEA's local board of education was identified as a priority school or maintained a priority school designation for each of the immediately preceding five years.

- **Criteria #5**: The Commissioner determines that the findings of an audit conducted, initiated, or directed by the comptroller of the treasury for the LEA show deficiencies in the management, accounting, or internal controls of the LEA, or instances of fraud, waste, abuse, or financial mismanagement, including, but not limited to, the mismanagement of financial records.

- **Criteria #6**: The Commissioner determines that the local board of education for the LEA has employed more than two directors of schools on an interim basis in the immediately preceding four years, resulting in inconsistent district leadership and operational instability for the LEA.

This letter serves as written notification that Memphis-Shelby County Schools (MSCS) meets

four or more of the six criteria. An educational oversight board shall be appointed for MSCS in accordance with the new law.

Sincerely,

Lizzette Reynolds
*Commissioner of Education*

Cc: Bill Lee, Governor
Randy McNally, Speaker of the Senate
Cameron Sexton, Speaker of the House of Representatives

Tennessee Department of Education

2

Case 3:26-cv-00835    Document 14-2    Filed 06/26/26    Page 3 of 3 PageID #: 185