# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| SHELBY COUNTY GOVERNMENT, et. al | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    3:26-cv-00835 |
| BILL LEE, official capacity as Governor, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bill Lee, Lizzette Reynolds, Cameron Sexton, and Randy McNally in their official capacities.    .

Date:    July 1, 2026

/s/ Shannon Hoffert
*Attorney's signature*

Shannon Hoffert 028430
*Printed name and bar number*

40 South Main Street, Suite 1014
Memphis, TN 38103-1877

*Address*

shannon.hoffert@ag.tn.gov
*E-mail address*

901-543-2473
*Telephone number*

*FAX number*