| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:26-cv-00835 |
| BILL LEE, in his official capacity as Governor of the State of Tennessee, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the motion for a temporary restraining order by the Shelby County Government, the Shelby County Board of Education ("SCBE"), the Board of Commissioners for the Shelby County Government, members of the SCBE and parents of minor student children enrolled in the school system. (Doc. No. 20). They challenge Public Chapter 1057 because it creates an Oversight Board with authority to override decisions of the SCBE in violation of the federal and state constitutions. (Id. at 54-61). To date, plaintiffs allege that the Oversight Board is in the process of hiring staff and organizing procedures to do its business. ( Doc. No. 20 at 36-39). As a result, plaintiffs argue that temporary injunctive relief is needed to avoid the irreparable "interruptions" in the "mission critical" preparations for the opening of schools on August 3, 2026. (Doc. No. 20-1 at 2, 4).

Based upon the record before the Court and pending the Court's consideration and decision on Plaintiffs' motion for injunctive relief, the parties shall maintain the **STATUS QUO** before enactment of Public Chapter 1057.

Plaintiffs' counsel shall serve a copy of this Order on defendants and file a certification of the date and time of service.

Further, all counsel shall meet and confer on any discovery needed for an injunction hearing, provide a least three agreed dates for the hearing and the estimated time for the hearing on or before **July 6, 2026**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2