## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:26-cv-00835 |
| BILL LEE, in his official capacity as Government of the State of Tennessee, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Plaintiffs' have filed a Verified Complaint for Declaratory Judgment and Injunctive Relief (Doc. No. 1) and Motion for Temporary Restraining Order (Doc. No. 19). The parties shall discuss with the Magistrate Judge the extent of the limited discovery necessary to prepare for a hearing on the motion. With the Magistrate Judge's approval, the parties shall set an agreed-upon briefing schedule so that the motion is briefed after the limited discovery is completed, and give the Court a target Preliminary Injunction hearing date. The parties should also estimate the length of the hearing.

The parties are further advised that the Court requires the parties to depose any witness that will testify at the hearing at least seven (7) days prior to the hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE