# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:26-cv-00835 |
| | ) | Judge Crenshaw |
| BILL LEE, in his official capacity as | ) | Magistrate Judge Frensley |
| Governor of the State of Tennessee, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants, the Governor for the State of Tennessee, Speaker of the House of Representatives for the Tennessee General Assembly, the Lieutenant Governor and Speaker of the Senate for the Tennessee General Assembly, the Commissioner for the Tennessee Department of Education, and Members of the Educational Oversight Board of Memphis-Shelby County Schools, all in their official capacities, move to dismiss all claims in Plaintiffs' Amended Complaint (ECF 14) for lack of subject-matter jurisdiction and for failure to state a claim under Fed. R. Civ. P. 12(b)(1) and (b)(6). As grounds, Defendants argue:

(1) Plaintiffs' Fourteenth Amendment Equal Protection claims (Counts One and Ten in part) fail as a matter of law because:

   a. the Governor, Speakers, and Commissioner are not proper defendants under *Ex parte Young* because they have discharged their duties under the Tennessee Public School Accountability Act and do not enforce the challenged oversight provisions;

b. Shelby County Government and Memphis-Shelby County Schools (MSCS) cannot invoke the Fourteenth Amendment against the State of Tennessee; and

c. Plaintiffs fail to plausibly allege purpose racial discrimination under *Arlington Heights*, and the Accountability Act easily satisfies rational-basis review; and

(2) Sovereign immunity deprives this Court of subject-matter jurisdiction over Plaintiffs' state-law claims (Counts Two Through Nine and Count Ten in part). Under *Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89, 106 (1984), the Eleventh Amendment bars federal courts from granting declaratory or injunctive relief against Tennessee officials based on alleged violations of Tennessee law.

For these reasons, and as explained in Defendants' accompanying Memorandum of Law, the Court should grant Defendants' motion to dismiss.

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

s/ Robert W. Wilson
SHANNON HOFFERT TN BPR 28430
Deputy Attorney General

ROBERT W. WILSON TN BPR 34492
MATTHEW DOWTY TN BPR 36070
Senior Assistant Attorneys General

One Commerce Square
40 S. Main St., Suite 1014
Memphis, TN 38103
(901) 543-9039
Shannon.Hoffert@ag.tn.gov
Robert.Wilson@ag.tn.gov
Matthew.Dowty@ag.tn.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was served by operation of the

Court's ECF/PACER system on this the 14th day of July 2026, upon:


**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC**

Bruce McMullen
Lori H. Patterson
Jerrick Murrell
Jennie Vee Silk
165 Madison Ave., Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com
*Counsel for Plaintiffs Shelby County
Government & Shelby County
Board of Commissioners*


**THE WADE LAW FIRM, PLLC**

Allan J. Wade
Brandy S. Parrish
5050 Poplar Ave., Suite 1028
Memphis, TN 38157
awade@thewadefirm.com
bparrish@thewadefirm.com
*Counsel for Plaintiffs Shelby County
Board of Education, Michelle Robinson
McKissack, Natalie J. McKinney,
Stephanie P. Love, Sable Otley,
Keith Williams, Towanna Murphy,
Amber Huett-Garcia, Joyce Dorse
Coleman, & Tamarques Porter*

s/ Robert W. Wilson

Robert W. Wilson
Senior Assistant Attorney General

3