# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

SHELBY COUNTY GOVERNMENT, et al.,  )
            )
  Plaintiffs,       )
            )
            )
  v.         )  **No. 3:26-cv-00835**
            )  **Judge Crenshaw**
BILL LEE, in his official capacity as  )  **Magistrate Judge Frensley**
Governor of the State of Tennessee, et al.  )
            )
  Defendants.      )

---

## DEFENDANTS' MOTION TO DISSOLVE THE JULY 1, 2026 ORDER

---

Defendants, in their official capacities,[1] move the Court to dissolve its July 1, 2026 Status Quo Order (ECF 22) under Fed. R. Civ. P. 65(b). As grounds, the Order dispenses with the traditional four-factor test altogether, granting Plaintiffs sweeping, indefinite relief prohibiting Defendants from applying the Tennessee Public Schools Accountability Act (the "Act")—a result that cannot be squared with Rule 65's exacting requirements. In addition, the circumstances have materially changed since the Court issued the Order. On July 8, 2026, an independent auditor reported that transactions involving Plaintiff Memphis-Shelby County Schools led to over $119 million dollars in internal policy violations—a sum that both illustrates the urgency of the

---

[1] Defendants are the Governor for the State of Tennessee, Speaker of the House of Representatives for the Tennessee General Assembly, the Lieutenant Governor and Speaker of the Senate for the Tennessee General Assembly, the Commissioner for the Tennessee Department of Education, and Members of the Educational Oversight Board of Memphis-Shelby County Schools.

oversight the Act provides and reveals the cost of the Status Quo Order's decision to suspend it.[2]

Finally, Plaintiffs have failed to demonstrate that they are likely to prevail on the merits, dooming any request for ongoing temporary or preliminary injunctive relief. Therefore, the Court should grant Defendants' motion to dissolve.

In support of their motion to dissolve, Defendants file an accompanying Memorandum of Law.

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

s/ Robert W. Wilson
SHANNON HOFFERT TN BPR 28430
Deputy Attorney General

ROBERT W. WILSON TN BPR 34492
MATTHEW DOWTY TN BPR 36070
Senior Assistant Attorneys General

One Commerce Square
40 S. Main St., Suite 1014
Memphis, TN 38103
(901) 543-9039
Shannon.Hoffert@ag.tn.gov
Robert.Wilson@ag.tn.gov
Matthew.Dowty@ag.tn.gov

*Counsel for Defendants*

---

[2] *Comptroller Releases Independent Forensic Audit of Memphis Shelby County Schools*, Tennessee Comptroller of the Treasury, https://comptroller.tn.gov/news/2026/7/8/comptroller-releases-independent-forensic-audit-of-memphis-shelby-county-schools.html (July 8, 2026).

2

## CERTIFICATE OF CONSULTATION

Pursuant to LR 7.01(a), I, Robert W. Wilson, counsel for Defendants, certify that I conferred with Bruce McMullen, Lori H. Patterson, Jerrick Murrell, Jennie Vee Silk, Allan Wade, and Brandy S. Parrish, Counsel for Plaintiffs, regarding the relief requested in the motion by email on July 13, 2026. Counsel for Plaintiffs stated that they oppose the relief requested in Defendants' motion.

s/ Robert W. Wilson
Robert W. Wilson
Senior Assistant Attorney General


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by operation of the

Court's ECF/PACER system on this the 14th day of July 2026, upon:


**BAKER, DONELSON, BEARMAN**
**CALDWELL & BERKOWITZ, PC**

Bruce McMullen
Lori H. Patterson
Jerrick Murrell
Jennie Vee Silk
165 Madison Ave., Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com
*Counsel for Plaintiffs Shelby County*
*Government & Shelby County*
*Board of Commissioners*

**THE WADE LAW FIRM, PLLC**

Allan J. Wade
Brandy S. Parrish
5050 Poplar Ave., Suite 1028
Memphis, TN 38157
awade@thewadefirm.com

bparrish@thewadefirm.com
*Counsel for Plaintiffs Shelby County*
*Board of Education, Michelle Robinson*
*McKissack, Natalie J. McKinney,*
*Stephanie P. Love, Sable Otley,*
*Keith Williams, Towanna Murphy,*
*Amber Huett-Garcia, Joyce Dorse*
*Coleman, & Tamarques Porter*

s/ Robert W. Wilson
Robert W. Wilson
Senior Assistant Attorney General

4