# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 3:26-cv-00835 |
| BILL LEE, in his official capacity as Governor of the State of Tennessee, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs shall file responses to Defendants' Motion to Dismiss (Doc. No. 30) and Motion to Dissolve the July 1, 2026 Order (Doc. No. 32) on or before **Thursday, July 23, 2026**. Defendants may file reply briefs on or before **Monday, July 27, 2026.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE