**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: 3:26-cv-835** |
| | ) | **Judge Crenshaw/Frensley** |
| **BILL LEE, et al.,** | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court held a case management conference with the Parties on July 24, 2026, to discuss the procedures for preliminary injunction in this matter. Based on those conversations, the Plaintiff's intend to file their motion for preliminary injunction by **July 27, 2026**. The status conference in this matter is continued and reset for **July 31, 2026, at 10:00 a.m.** The Parties shall meet and confer and be prepared to discuss whether an evidentiary hearing is necessary and the extent of any limited discovery necessary to prepare for any hearing on the motion. The Parties should also be prepared to discuss whether additional briefing is necessary, identify a target Preliminary Injunction hearing date if necessary, and the estimated length of any hearing. All Parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736- 7344.

The Parties shall file a proposed schedule or position with the Court by **July 30, 2026,** as discussed at the conference.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY
United States Magistrate Judge**