**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** )<br>)<br>)<br>    **Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**BILL LEE, in his official capacity as** )<br>**Governor of the State of Tennessee, et al.,** )<br>)<br>    **Defendants.** ) | **No. 3:26-cv-00835** |

<u>**ORDER**</u>

Defendants shall file a response to Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. No. 44) on or before Tuesday, **August 4, 2026.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE