| | |
|---|---|
| **SHELBY COUNTY GOVERNMENT** et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:26-cv-00835 |
| | ) |
| **BILL LEE,** in his official capacity as Governor of the State of Tennessee, et al, | ) Judge Waverly D. Crenshaw, Jr. |
| | ) |
| Defendants. | ) Magistrate Judge Jeffery S. Frensley |
| | ) |

## PLAINTIFFS' PROPOSED SCHEDULE FOR PRELIMINARY INJUNCTION

Plaintiffs, pursuant to the Court's Order following the case management conference (ECF No. 39), submit the following proposed schedule for Plaintiffs' Motion for Preliminary Injunction (ECF Nos. 42, 43.)

**I.       DISCOVERY NEEDED FOR PRELIMINARY INJUNCTION HEARING[1]**

    **A.       Requests for Production of Documents**
      1.   Plaintiffs will propound approximately 4 to 5 document requests to the following witnesses on or before <u>August 4, 2026</u>:
         a.   Defendant Commissioner of Education, Lizzette Reynolds
         b.   Comptroller Jason Mumpower
         c.   CliftonLarsonAllen LLP – Forensic Auditor

      2.   Responses due <u>August 11, 2026.</u>

    **B.       Depositions**
    Plaintiffs seek 3 to 5 depositions of the following witnesses to be completed by September 1, 2026.

---

[1] Plaintiffs' Proposed Schedule assumes that there will be no objections to the discovery requests. Defendants, however, have repeatedly stated that they do not believe discovery is appropriate or necessary at this stage of the litigation. Should motion practice be required on discovery issues, this schedule will likely need to be altered.

1. Defendant Commissioner of Education, Lizzette Reynolds
2. Comptroller Jason Mumpower
3. CliftonLarsonAllen LLP – 30(b)(6)
4. Possible additional deposition of actual auditor from CliftonLarsonAllen LLP
5. Possible additional deposition of actual auditor from CliftonLarsonAllen LLP

## II.  SUPPLEMENTAL BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs will submit their supplemental briefing to the Motion for Preliminary Injunction

no later than September 15, 2026. Defendants' Responses due September 22, 2026.

## III.  HEARING ON MOTION FOR PRELIMINARY INJUNCTION

1. Hearing would be in late September/early-October 2026
2. Plaintiffs estimate the hearing to last 1-1.5 days.

Dated: July 30, 2026.

Respectfully submitted,

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

*/s/ Bruce McMullen*

Bruce McMullen (Tenn. Bar #18126)
Lori H. Patterson (Tenn. Bar #19848)
Jerrick Murrell (Tenn. Bar # 34368, admitted *pro hac vice*)
Jennie Vee Silk (Tenn. Bar #35319)
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Fax: (901) 577-2303
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com

*Counsel for Plaintiffs Shelby County Government and the Shelby County Board of Commissioners*

2

THE WADE LAW FIRM, PLLC

Allan J. Wade (Tenn. Bar # 4339, admitted *pro hac vice*)
Brandy S. Parrish (Tenn. Bar # 21631, admitted *pro hac vice*)
5050 Poplar Ave., Suite 1028
Memphis, Tennessee 38157
Telephone: 901.322.8005
awade@thewadelawfirm.com
bparrish@thewadefirm.com

*Counsel for Plaintiffs Shelby County Board of Education, Michelle Robinson McKissack, Natalie J. McKinney, Stephanie P. Love, Sable Otey, Keith Williams, Towanna Murphy, Amber Huett-Garcia, Joyce Dorse Coleman, and Tamarques Porter*

3