**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT,** | **)** | |
| **et al.,** | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Civil Action No.: 3:26-cv-835** |
| | **)** | **Judge Crenshaw/Frensley** |
| **BILL LEE, et al.,** | **)** | |
| **Defendant.** | **)** | |

## ORDER

The Court held a case management conference with the Parties on July 31, 2026, to discuss establishing a schedule for and recommending a target hearing date for the Plaintiff's motion for preliminary injunction.

For the reasons stated in the conference based upon the pleadings and statements of counsel, the Court will defer entry of a scheduling order and recommended target hearing date until such time as the Court has addressed the Plaintiff's motion to amend their Complaint and jurisdictional issues raised by the Defendants.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**