# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00835** |
| | ) | **Judge Crenshaw** |
| **BILL LEE, et al.,** | ) | **Magistrate Judge Frensley** |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO
## PLAINTIFFS' MOTION FOR LEAVE

Defendants provide notice that they do not oppose Plaintiffs' Motion for Leave to file a second amended complaint (ECF 44). Should the Court grant Plaintiffs' motion, Defendants intend to move to dismiss the second amended complaint.

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

s/ Robert W. Wilson
SHANNON HOFFERT TN BPR 28430
Deputy Attorney General

ROBERT W. WILSON TN BPR 34492
MATTHEW DOWTY TN BPR 36070
Senior Assistant Attorneys General
One Commerce Square
40 S. Main St., Suite 1014
Memphis, TN 38103
(901) 543-9039
Shannon.Hoffert@ag.tn.gov
Robert.Wilson@ag.tn.gov
Matthew.Dowty@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was served by operation of the

Court's ECF/PACER system on this the 4th day of August 2026, upon:

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC**

Bruce McMullen
Lori H. Patterson
Jerrick Murrell
Jennie Vee Silk
165 Madison Ave., Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com
*Counsel for Plaintiffs Shelby County
Government & Shelby County
Board of Commissioners*

**THE WADE LAW FIRM, PLLC**

Allan J. Wade
Brandy S. Parrish
5050 Poplar Ave., Suite 1028
Memphis, TN 38157
awade@thewadefirm.com
bparrish@thewadefirm.com
*Counsel for Plaintiffs Shelby County
Board of Education, Michelle Robinson
McKissack, Natalie J. McKinney,
Stephanie P. Love, Sable Otley,
Keith Williams, Towanna Murphy,
Amber Huett-Garcia, Joyce Dorse
Coleman, & Tamarques Porter*

s/ Robert W. Wilson     
Robert W. Wilson
Senior Assistant Attorney General

2