MOTION GRANTED. The previously entered briefing schedule remains in effect.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **SHELBY COUNTY GOVERNMENT**, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 3:26-cv-00835 |
| | ) |
| v. | ) Judge Waverly D. Crenshaw, Jr. |
| | ) |
| **BILL LEE,** in his official capacity as | ) Magistrate Judge Jeffery S. Frensley |
| Governor of the State of Tennessee, et al., | ) |
| | ) |
| Defendants. | ) |

**AMENDMENT TO MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT AND INCORPORATED
MEMORANDUM OF LAW IN SUPPORT**

Plaintiffs, Shelby County Government; Shelby County Board of Education operating as Memphis-Shelby County Schools; the Board of County Commissioners of Shelby County; Michelle Robinson McKissack; Natalie J. McKinney; Stephanie P. Love; Tamarques Porter; Sable Otey, individually and on behalf of her minor children A.O. and R.O.; Keith Williams, Towanna Murphy, individually and on behalf of her minor child E.R.; Amber Huett-Garcia; and Joyce Dorse Coleman (collectively, "Plaintiffs"), respectfully submit this Amendment to their Motion for Leave to File Second Amended Complaint.

1.      On July 28, 2026, Plaintiffs filed a Motion for Leave to File Second Amended Complaint and Incorporated Memorandum of Law in Support ("Motion"). (ECF No. 44.)

2.      On August 4, 2026, Defendants filed a Notice of Non-Opposition to Plaintiffs' Motion. (ECF No. 49).

3.      Based on a recent Sixth Circuit decision, *Gmeiner v. Kent*, --- F.4th ----, 2026 WL 1998638 (6th Cir. July 10, 2026), of which Plaintiffs were unaware at the time of filing the Motion,

1

Plaintiffs intend to remove Count II (Declaratory Judgment against Defendant Lizzette Reynolds) of the Proposed Second Amended Complaint prior to its filing.

4. A redlined version of the modifications to the Proposed Second Amended Complaint, as discussed herein, is submitted herewith as **Exhibit A**.

5. On August 4 and 5, 2026, Counsel for Plaintiffs consulted counsel for Defendants, Robert Wilson, via electronic mail and telephone regarding the relief sought herein. Mr. Wilson has reviewed Exhibit A and stated, "Defendants do not consent to the amendments. Defendants are not opposing the motion for requesting leave to amend."

Dated: August 7, 2026.

Respectfully submitted,

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

*/s/ Bruce McMullen*

Bruce McMullen (Tenn. Bar #18126)
Lori H. Patterson (Tenn. Bar #19848)
Jerrick Murrell (Tenn. Bar #34368, admitted *pro hac vice*)
Jennie Vee Silk (Tenn. Bar #35319)

165 Madison Ave., Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Fax: (901) 577-2303
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com

*Counsel for Plaintiffs Shelby County Government and Shelby County Board of Commissioners*

THE WADE LAW FIRM, PLLC

Allan J. Wade (Tenn. Bar # 4339)
Brandy S. Parrish (Tenn. Bar # 21631)
5050 Poplar Ave., Suite 1028
Memphis, Tennessee 38157
Telephone: 901.322.8005
awade@thewadelawfirm.com
bparrish@thewadefirm.com
*Counsel for Plaintiffs Shelby County Board of Education, Michelle Robinson McKissack, Natalie J. McKinney, Stephanie P. Love, Sable Otey, Keith Williams, Towanna Murphy, Amber Huett-Garcia, Joyce Dorse Coleman, and Tamarques Porter*