**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al., | ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 3:26-cv-835 |
| | ) | Judge Crenshaw/Frensley |
| BILL LEE, et al., | ) | |
| Defendant. | ) | |

## ORDER

On August 7, 2026, the Plaintiffs filed a motion for leave to file Second Amended Complaint in this matter. Docket No. 51. Included in that filing was a red-lined version of the Second Amended Complaint. Docket No. 51-1. The undersigned granted the motion for leave to file the Second Amended Complaint. Docket No. 53. Plaintiffs shall file a clean version of the Second Amended Complaint with the Court as it is now the operative Complaint in this matter by **August 12, 2026**.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**