# EXHIBIT 1

Item #: _____21_____

Moved by: ___BRADFORD_____                    Prepared by: _Rhonda O'Dell____

Seconded by: THORNTON_____                    Reviewed by: Marcy Ingram____

RESOLUTION RESCINDING RESOLUTION NO. 28, DATED FEBRUARY 10, 2025, INITIATING THE REQUEST FOR QUALIFICATIONS (RFQ) PROCESS TO ENGAGE A FIRM EMPLOYING CERTIFIED PUBLIC ACCOUNTANTS IN ORDER TO PERFORM A FORENSIC FINANCIAL AUDIT OF THE MEMPHIS-SHELBY COUNTY SCHOOLS (M-SCS) FINANCIALS.  SPONSORED BY COMMISSIONER AMBER MILLS.

WHEREAS, On February 10, 2025, the Board of Commissioners approved Resolution No. 28 allocating $50,000.00 from the Commission Consultant Services Fund to engage a firm to perform a forensic financial audit of the Memphis-Shelby County Schools (M-SCS) financials; and

WHEREAS, The Comptrollers' Office has informed the Board of Commissioners that funding in the amount of $3,000,000.00 has been allocated by the State of Tennessee to conduct the forensic audit of the Memphis-Shelby County Schools (M-SCS) financials; and

WHEREAS, The allocation of $50,000.00 is no longer needed for said purposes and the Board of Commissioners hereby rescinds Resolution No. 28 executed on February 10, 2025.

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF COUNTY COMMISSIONERS OF SHELBY COUNTY, TENNESSEE, That this body hereby deems it necessary to rescind Resolution No. 28.

BE IT FURTHER RESOLVED, That this body rescinds the allocation of $50,000.00 from the County Commission's Consultant Services Fund to cover the cost of the forensic audit of M-SCS's financial accounts.

BE IT FURTHER RESOLVED, That this Resolution shall become effective in accordance with the Shelby County Charter, Article II, 2.06(B), the public welfare requiring same.



Lee Harris
County Mayor

Date: 4/3/2025

ATTEST:

Clerk of County Commission

ADOPTED: March 31, 2025