# EXHIBIT 2

Item #: _____41_____

Moved by: ___BRADFORD___          Prepared by: Audrey Tipton

Seconded by: CASWELL              Reviewed By: Megan Smith

RESOLUTION APPROVING AND APPROPRIATING SHELBY COUNTY GOVERNMENT'S OPERATING BUDGET FOR FISCAL YEAR 2027. SPONSORED BY COMMISSIONER MICHAEL WHALEY.

WHEREAS, Pursuant to Article III, Section 3.03(B), of the Shelby County Charter, the Shelby County Mayor has presented a budget to the Board of Commissioners showing the sums necessary to carry out the functions of the County for the coming fiscal year; and

WHEREAS, The Board of County Commissioners is authorized to make appropriations of County Funds for all legal purposes and to appropriate the proceeds of the tax levy on the assessed values of all properties within the County of Shelby for the Fiscal Year July 1, 2026, through June 30, 2027; and

WHEREAS, Committee No. 1, Budget and Finance, of the Board of County Commissioners has reviewed the consolidated budget for Shelby County and recommends that total expenditures and transfers reflected in Exhibit A be approved in order to fund the Shelby County Government Operating Budget for Fiscal Year 2027, which is inclusive of all operating funds; and

WHEREAS, While funding or refunding bonds issued under the provisions of the Cash Basis Law of 1937 are outstanding, Tennessee Code Annotated, Section 9-11-112, requires the County to levy upon all taxable property in the County each year an ad valorem

1

tax sufficient to pay the interest thereon as it falls due and the principal of such bonds which shall then have matured or which shall mature within the same fiscal year; and

WHEREAS, It has been the policy of the County to make special grants to non-profit civic and charitable organizations from the general funds of the County pursuant to Tennessee Code Annotated, Section 5-9-109, and as established each year by Resolution of the Board of Commissioners, which establishes policies and requirements for funding such organizations; and

WHEREAS, The Board of Commissioners desires to continue the special community enhancement grants policy and recommends funding for non-profit civic and charitable organizations in the total amount of $1,300,000.00, with the intent that equal increments of $100,000.00 will be available to each Commissioner to recommend grant recipients for approval by the Board during Fiscal Year 2027.

WHEREAS, That certain special grants to non-profit and charitable organizations are identified in the operating budget herein by line item.

NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF COUNTY COMMISSIONERS OF SHELBY COUNTY, TENNESSEE, That the recommendation of this Board's Committee No. 1, Budget and Finance, regarding the budget as contained in Exhibit A, a copy of which is attached hereto and incorporated herein by reference, for the operation of Shelby County, be and the same is hereby approved.

BE IT FURTHER RESOLVED, That $1,572,974,242.00 is hereby appropriated as detailed on Exhibit A to fund the Shelby County Government Operating Budget for the Fiscal Year 2027.

Case 3:26-cv-00835    Document 55-2    Filed 08/10/26    Page 3 of 21 PageID #: 2899

BE IT FURTHER RESOLVED, That the accounting and budget records for all funds shall be maintained according to the policies established by a Resolution adopted as Item No. 8 by this Commission on June 3, 2013.

BE IT FURTHER RESOLVED, That the budget be summarized into various funds, as identified in Exhibit A, which is attached and incorporated herein by reference, in order to meet legal requirements and generally accepted accounting principles and to comply with financial reporting standards for governmental entities.

BE IT FURTHER RESOLVED, That each office, department, and Elected Official that receives appropriations from the County Government shall adhere to the budget as finally approved by line item for said entity.

BE IT FURTHER RESOLVED, That the County Mayor and County Clerk are hereby authorized to borrow money during the fiscal year through tax and revenue anticipation notes, provided that the issuance and sale of such notes is first approved by the Comptroller's Division of Local Government Finance to pay for the expenses herein authorized until the taxes and other revenue for the fiscal year 2027 have been collected. The proceeds of loans shall not exceed 60% of the appropriations of the fund for which such notes are issued (the "Fund") and shall be used only to pay the expenses and other requirements of the Fund. The loan shall be paid out of taxes and revenue from the Fund for which money is borrowed. The notes evidencing the loans authorized under this section shall be issued under the applicable sections of Title 9, Chapter 21, Tennessee Code Annotated. Said notes shall be signed by the County Mayor and countersigned by the County Clerk and shall mature and be paid in full without renewal not later than June 30, 2027.

3

BE IT FURTHER RESOLVED, That any interest collected from financial resources other than specifically collected for special revenue funds be allocated to the county's general fund.

BE IT FURTHER RESOLVED, That the special grants to non-profit and charitable organizations identified by line item in the budget to promote the general welfare of the residents of Shelby County be and are hereby approved and the Mayor is authorized to execute all documents necessary to comply with the purpose and intent herein executed copies of which shall be filed with the Contracts Administration Department and that disbursements of these funds shall not be made until the individual organization has fully complied with Tennessee Code Annotated, Section 5-9-109(c).

BE IT FURTHER RESOLVED, That all other special grants to non-profit and charitable organizations must be separately approved to promote the general welfare of the residents of Shelby County and that disbursements of these funds shall not be made until the individual organization has fully complied with Tennessee Code Annotated, Section 5-9-109(c), and the provisions of the Resolution adopting the most recent guidelines of the Board of Commissioners.

BE IT FURTHER RESOLVED, That the County contributions for Retirement and Other Post-Employment Benefits (OPEB) for the Fiscal Year ending June 30, 2027, shall be set to meet the annual recommended contributions (ARC) as determined by the Actuarial Valuation Report as of June 30, 2025.

BE IT FURTHER RESOLVED, That Motor Vehicle Privilege Tax collections, as established by Resolution No. 40, adopted August 27, 2001, are currently budgeted 100% for school operations, to be distributed to school districts within Shelby County on the

4

basis of Weighted Full-time Equivalency Average Daily Attendance (WFTEADA), in addition to Property Taxes allocated for Education. If the Motor Vehicle Privilege Tax is increased above the amount set in 2001, the increase shall be allocated to the Debt Service fund for payment on borrowed funds for County infrastructure needs, as approved by the Board of County Commissioners.

BE IT FURTHER RESOLVED, If the total actual tax revenue collected for public education purposes exceeds the total budgeted annual appropriation in the Education Fund, then the excess funds shall be retained in the Education Fund for appropriation by the Shelby County Board of Commissioners in the following fiscal year.

BE IT FURTHER RESOLVED, Various elected Clerks that support corresponding judges must provide necessary operating and maintenance support.

BE IT FURTHER RESOLVED, That the appropriation to Regional One Health, Account No. 10010-201201-8978, is intended to be applied first to the cost of treatment of inmates from the County, for which Regional One Health is not entitled to other reimbursements, with the balance to be applied towards the care and treatment of other indigent patients.

BE IT FURTHER RESOLVED, That authority is granted to allow for the establishment of several Internal Service Funds, Special Revenue Funds, and Fiduciary Funds that the Administration has deemed appropriate and required for the proper accounting of certain expenditures.

BE IT FURTHER RESOLVED, All elected officials with data processing special revenue funds collecting data processing fees as required by Tennessee Code Annotated

5

are requested to prioritize use of these funds first for any additional data processing-related expenditures.

BE IT FURTHER RESOLVED, That the Mayor and the Director of Administration and Finance are directed to modify the budgets of the Internal Services Funds, Support Services, REGIS, and the Roads and Bridges Fund as to revenue and expenditures each time that any department or office either increases or decreases the amount budgeted for related expenditures.

BE IT FURTHER RESOLVED, That for grant funds, the Mayor and the Director of Administration and Finance are authorized to reduce the budget whenever a grant contract is less than the authorized budget and, in accordance with Article III, Section 3.07(C), of the Shelby County Charter to approve transfers from Personnel categories to Operations and Maintenance categories and vice versa with grantor approval. Grant funds can be transferred only between related funds of the same grantor.

BE IT FURTHER RESOLVED, That the Mayor and the Director of Administration and Finance are authorized to transfer funds between all offices, Elected Officials, and divisions within the Personnel and Operations and Maintenance categories in order to allocate the Personnel Restrictions and the Operations and Maintenance Restrictions.

BE IT FURTHER RESOLVED, That the Mayor and the Director of Administration and Finance are authorized to transfer funds between all offices, Elected Officials, and divisions within revenue and expenditure categories in order to allocate the General Restriction in Account 9525.

BE IT FURTHER RESOLVED, That the Administration shall maintain the salary budget for permanent positions by position and may transfer amounts to or from Central

6

Operations wherever needed as necessary for adjustments resulting from equity reviews or compensation studies authorized by the Hiring Review Committee or Human Resources. Temporary positions may be added or moved as necessary with identified funding. Amounts budgeted for temporary positions may not be used to increase amounts budgeted for permanent positions. Salary adjustments to a position can be made only to the extent that the adjusted salary remains within the salary range of the position grade as determined by the Compensation Policy and that identified funding is available.

BE IT FURTHER RESOLVED, That to accomplish operating efficiencies and effectiveness improvements through centralization of Information Technology and other services to the extent that a Division or Elected Official agrees to the transfer of positions or budgeted operating costs to another Division or Elected Official, those positions and/or operating costs will be transferred by mutual consent between the Divisions or Elected Officials.

BE IT FURTHER RESOLVED, That the County Mayor and the Director of the Division of Administration and Finance are authorized to issue their warrant or warrants for amounts not to exceed $1,572,974,242.00, pursuant to the provisions of the Shelby County Operating Budget for Fiscal Year 2027 as set forth in Exhibit A and to take proper credit in their accounting therefor.

BE IT FURTHER RESOLVED, That this Resolution shall become effective in accordance with the Shelby County Charter, Article II, Section 2.06(B), the public welfare requiring same.

7



Lee Harris
County Mayor

Date: 7/13/2026

ATTEST:

Clerk of County Commission

ADOPTED
AS AMENDED: June 29, 2026

Case 3:26-cv-00835    Document 55-2    Filed 08/10/26    Page 9 of 21 PageID #: 2905

| ACCT DESCRIPTION | GENERAL FUND | EDUCATION FUND | DEBT SERVICE FUND | ENTERPRISE FUND | SPECIAL REVENUE FUND | GRANT FUNDS | INTERNAL SERVICE FUND | TOTAL ALL FUNDS |
|---|---|---|---|---|---|---|---|---|
| 40 - Property Taxes | $ 423,258,981 | $ 392,037,268 | $ 98,009,317 | | | | | $ 913,305,567 |
| 41 - Other Local Taxes | 37,014,947 | 35,361,732 | 27,445,995 | | 43,145,000 | | | 142,967,674 |
| 43 - Intergovernmental-State | 28,614,662 | | | 16,446,000 | 15,169,337 | 138,559,400 | | 198,789,399 |
| 44 - Intergovernmental-Federal | 5,873,769 | | | 20,829,086 | 1,809,321 | 67,338,652 | | 95,850,827 |
| 45 - Charges for Services | 1,794,192 | | | 6,117,074 | 2,030,899 | 124,570 | 9,472,880 | 19,539,615 |
| 46 - Fines, Fees & Permits | 64,575,996 | | | 52,217,266 | 6,716,085 | 309,245 | | 123,818,592 |
| 47 - Other Revenue | 962,667 | | | 14,500 | 2,721,000 | 1,268,423 | | 4,966,590 |
| 48 - Investment Income | 17,291,746 | | 3,854,316 | 1,227,421 | 2,650,727 | 176,900 | | 25,201,110 |
| TOTAL REVENUE SOURCES | 579,386,962 | 427,399,000 | 129,309,628 | 96,851,347 | 74,242,369 | 207,777,190 | 9,472,880 | 1,524,439,375 |
| 94 - Other Financial Sources | | | | | | 75,000 | | 75,000 |
| 99 - Planned Use of Fund Balance | | | | | 6,217,229 | 2,466,626 | 3,225,204 | 11,909,059 |
| 96 - Operating Transfers In | 325,000 | | | 25,494,126 | 2,711,846 | 6,671,210 | 1,348,624 | 36,550,806 |
| TOTAL OTHER SOURCES | 325,000 | | | 25,494,126 | 8,929,075 | 9,212,836 | 4,573,828 | 48,534,866 |
| TOTAL APPROPRIATION SOURCES | $ 579,711,963 | $ 427,399,000 | $ 129,309,628 | $ 122,345,474 | $ 83,171,444 | $ 216,990,026 | $ 14,046,708 | $ 1,572,974,242 |
| 51 - Salaries-Regular Pay | 298,287,094 | | | 60,657,407 | 11,693,969 | 29,742,039 | 498,269 | 400,878,777 |
| 52 - Salaries-Other Compensation | 35,186,475 | | | 10,451,260 | 1,017,955 | 5,014,428 | 79,710 | 51,749,828 |
| 55 - Fringe Benefits | 124,062,326 | | | 26,144,881 | 4,564,779 | 12,723,631 | 172,082 | 167,667,700 |
| 56 - Restricted Salaries | (88,730,071) | | | (15,314,328) | (1,733,766) | - | | (105,778,165) |
| TOTAL SALARIES | 368,805,824 | | | 81,939,220 | 15,542,937 | 47,480,098 | 750,061 | 514,518,139 |
| 60 - Supplies and Materials | 14,780,607 | | | 6,516,488 | 2,827,756 | 5,186,452 | 4,196,090 | 33,507,393 |
| 64 - Services & Other Expenses | 25,945,306 | | | 3,012,820 | 1,365,199 | 64,672,515 | 1,415,425 | 96,411,265 |
| 66 - Professional & Contracted Services | 68,796,740 | | 58,408 | 13,821,943 | 3,767,378 | 45,963,484 | 2,508,180 | 134,916,133 |
| 67 - Rent, Utilities & Maintenance | 25,914,542 | | | 4,841,704 | 1,960,961 | 1,859,903 | 3,740,252 | 38,317,362 |
| 68 - Interfund Services | 472,987 | | | 6,304,567 | 2,590,847 | 2,170,749 | 29,950 | 11,569,100 |
| 70 - Capital Asset Acquisitions | 4,698,485 | | | 4,130,667 | 2,010,749 | 20,632,447 | 1,406,750 | 32,879,098 |
| 79 - Depreciation Expense | | | | 513,431 | | | | 513,431 |
| 95 - Contingencies & Restrictions | (4,591,570) | | | | | 19,753,235 | | 15,161,665 |
| TOTAL OPERATING & MAINTENANCE | 136,017,097 | | 58,408 | 39,141,620 | 14,522,890 | 160,238,785 | 13,296,647 | 363,275,446 |
| 80 - DEBT SERVICE EXPENDITURE | | | 128,751,220 | | | | | 128,751,220 |
| TOTAL DEBT SERVICE EXPENDITURE | | | 128,751,220 | | | | | 128,751,220 |
| 89 - AFFILIATED ORGANIZATIONS | 31,963,718 | 427,399,000 | | | 36,160,000 | 8,655,669 | | 504,178,387 |
| TOTAL AFFILIATED ORGANIZATIONS | 31,963,718 | 427,399,000 | | | 36,160,000 | 8,655,669 | | 504,178,387 |
| 90 - GRANTS TO NON-PROFITS | 5,885,805 | | | | 15,271,654 | 50,000 | | 21,207,459 |
| TOTAL GRANTS TO NON-PROFITS | 5,885,805 | | | | 15,271,654 | 50,000 | | 21,207,459 |
| 98 - OPERATING TRANSFERS OUT | 32,601,810 | | 500,000 | 483,985 | 1,664,463 | 565,474 | | 35,815,732 |
| TOTAL OPERATING TRANSFERS OUT | 32,601,810 | | 500,000 | 483,985 | 1,664,463 | 565,474 | | 35,815,732 |
| 99 - PLANNED INCREASE TO FUND BALANCE | 4,437,709 | | | 780,649 | 9,500 | | | 790,149 |
| TOTAL PLANNED INCREASE TO FUND BALANCE | 4,437,709 | | | 780,649 | 9,500 | | | 5,227,858 |
| TOTAL APPROPRIATED USES | $ 579,711,963 | $ 427,399,000 | $ 129,309,628 | $ 122,345,474 | $ 83,171,444 | $ 216,990,026 | $ 14,046,708 | $ 1,572,974,242 |

# SHELBY COUNTY GOVERNMENT
## ADOPTED BUDGET FOR FISCAL YEAR 2027

### GENERAL FUND

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|------|------|-----------------|--------------:|-----------:|

### *DIVISION OF ADMINISTRATION & FINANCE*

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|------|------|-----------------|--------------:|-----------:|
| 010 | 2001 | Mayor's Office | - | 896,442 |
| 010 | 2002 | Public Affairs | - | 509,077 |
| 010 | 2003 | CAO - Admin | - | 5,619,724 |
| 010 | 2009 | County Attorney | 2,300 | 6,190,237 |
| 010 | 2011 | Director - Administration & Finance | - | 2,268,172 |
| 010 | 2012 | Central Operations | 494,575,306 | 65,298,833 |
| 010 | 2013 | County Grants | - | 4,815,000 |
| 010 | 2014 | Human Resources - Admin | 30,500 | 5,186,329 |
| 010 | 2017 | Purchasing | 200 | 1,041,729 |
| 010 | 2025 | Finance - Admin | - | 2,717,735 |
| 010 | 2028 | Board Of Equalization | - | 411,120 |
| | | **TOTAL DIVISION OF Administration & Finance** | **494,608,306** | **94,954,398** |

### *DIVISION OF INFORMATION TECHNOLOGY SERVICES*

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|------|------|-----------------|--------------:|-----------:|
| 010 | 2501 | Chief Information Officer | - | 251,080 |
| 010 | 2502 | Information Technology Operations | 1,400,000 | 14,860,818 |
| 017 | 2501 | Chief Information Officer | 251,380 | 250,849 |
| | | **TOTAL DIVISION OF Information Technology Services** | **1,651,380** | **15,362,747** |

### *DIVISION OF PLANNING & DEVELOPMENT*

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|------|------|-----------------|--------------:|-----------:|
| 010 | 2710 | Housing | - | 480,152 |
| | | **TOTAL DIVISION OF Planning & Development** | **-** | **480,152** |

### *DIVISION OF PUBLIC WORKS*

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|------|------|-----------------|--------------:|-----------:|
| 010 | 3001 | Director & Staff- Public Works | - | 2,862,013 |
| 010 | 3010 | Roads & Bridges | 138,000 | 2,123,191 |
| 010 | 3040 | Engineering | 325,000 | 907,990 |
| 010 | 3073 | Support Services | 722,774 | 21,761,260 |
| 010 | 3075 | Land Bank | 500,000 | 3,413,907 |
| 014 | 3004 | Environmental Programs | - | 108,273 |
| | | **TOTAL DIVISION OF Public Works** | **1,685,774** | **31,176,634** |

Case 3:26-cv-00835    Document 55-2    Filed 08/10/26    Page 11 of 21 PageID #: 2907

## DIVISION OF CORRECTIONS

| | | | | |
|---|---|---|---:|---:|
| 045 | 3502 | Youth Justice & Education Center | - | 14,193,987 |
| | | **TOTAL DIVISION OF Corrections** | - | **14,193,987** |

## DIVISION OF HEALTH SERVICES

| | | | | |
|---|---|---|---:|---:|
| 010 | 4001 | Director - Health Services | - | 2,514,654 |
| 010 | 4002 | Forensic Services | 420,500 | 12,481,240 |
| 010 | 4003 | Admin & Finance - Health Svcs | 892,979 | 7,508,468 |
| 010 | 4004 | Environmental Health Services | 2,096,278 | 5,044,634 |
| 010 | 4005 | Community Health | 527,700 | 3,433,156 |
| 010 | 4006 | Health Planning and Promotion | - | 1,224,980 |
| 010 | 4008 | Public Health Safety | 76,500 | 4,121,603 |
| | | **TOTAL DIVISION OF Health Services** | **4,013,957** | **36,328,735** |

## DIVISION OF COMMUNITY SERVICES

| | | | | |
|---|---|---|---:|---:|
| 010 | 4801 | Director Community Services | - | 1,281,086 |
| 010 | 4806 | Crime Victims Center | 495,000 | 2,476,489 |
| 010 | 4808 | Community Engagement & Outreach | - | 2,048,359 |
| 010 | 4809 | Social Services | - | 1,330,267 |
| 010 | 4811 | Pre-Trial Services | 70,000 | 4,629,651 |
| 010 | 4812 | Justice Programs | - | 1,961,594 |
| 010 | 4813 | Behavioral Health Services | - | 1,773,779 |
| 010 | 4814 | Youth & Family Resource Center | - | 1,033,126 |
| | | **TOTAL DIVISION OF Community Services** | **565,000** | **16,534,351** |

## DIVISION OF SHERIFF ADMINISTRATION

| | | | | |
|---|---|---|---:|---:|
| 031 | 6101 | Sheriff's Staff | - | 3,852,374 |
| 031 | 6102 | Planning & Research - Sheriff | - | 10,878,373 |
| 031 | 6104 | Finance - Sheriff | - | 2,260,905 |
| 031 | 6105 | Information Systems - Sheriff | 532,500 | 19,922,298 |
| 031 | 6109 | CAO - Sheriff | 3,168 | (1,107,456) |
| | | **TOTAL DIVISION OF Sheriff Administration** | **535,668** | **35,806,493** |

## DIVISION OF LAW ENFORCEMENT

| | | | | |
|---|---|---|---:|---:|
| 031 | 6201 | Chief Deputy | 1,087,500 | 2,009,465 |
| 031 | 6202 | Fugitive | 30,000 | 10,457,647 |
| 031 | 6203 | Detectives | - | 7,485,556 |
| 031 | 6204 | Special Operations | 94,000 | 13,366,739 |
| 031 | 6205 | Uniform Patrol | 625,000 | 36,976,737 |

2

| | | | | |
|---|---|---|---|---:|---:|
| 031 | 6206 | Courts | | 370,750 | 26,294,013 |
| 031 | 6208 | Training | | - | 4,040,550 |
| | | **TOTAL DIVISION OF Law Enforcement** | | **2,207,250** | **100,630,706** |

## DIVISION OF JAIL

| | | | | |
|---|---|---|---:|---:|
| 031 | 6301 | Jail Administration | - | 4,692,517 |
| 031 | 6302 | Jail Security | 2,795,250 | 55,714,071 |
| 031 | 6303 | Jail Programs | - | 17,313,822 |
| | | **TOTAL DIVISION OF Jail** | **2,795,250** | **77,720,410** |

## DIVISION OF JUDICIAL

| | | | | |
|---|---|---|---:|---:|
| 010 | 7080 | Public Defender | 6,381,000 | 20,379,356 |
| 010 | 7085 | Divorce Referee | 280,000 | 853,356 |
| 010 | 7087 | Jury Commission | - | 1,050,043 |
| 032 | 7011 | Chancery Court | 3,640,000 | 2,355,036 |
| 033 | 7021 | Circuit Court | 1,643,400 | 4,169,947 |
| 034 | 7031 | Criminal Court | 2,493,000 | 7,144,880 |
| 035 | 7041 | General Sessions Court | 7,010,000 | 21,875,078 |
| 036 | 7051 | Probate Court | 959,488 | 2,158,661 |
| 037 | 7061 | Juvenile Court Judge | 4,000 | 16,466,382 |
| 037 | 7071 | Juvenile Court Clerk | 575,000 | 5,505,209 |
| 038 | 7090 | Attorney General | - | 17,163,223 |
| | | **TOTAL DIVISION OF Judicial** | **22,985,888** | **99,121,171** |

## DIVISION OF OTHER ELECTED OFFICIALS

| | | | | |
|---|---|---|---:|---:|
| 010 | 8009 | Election Commission | 2,406,234 | 11,546,664 |
| 040 | 8006 | County Clerk | 13,055,000 | 7,675,998 |
| 041 | 8007 | Register | 4,007,000 | 3,202,910 |
| 042 | 8008 | Trustee | 29,176,005 | 13,155,918 |
| 043 | 8004 | Assessor | 19,250 | 13,739,253 |
| 044 | 8001 | Commissioner's Contingency | - | 534,002 |
| 044 | 8002 | Legislative Operations | - | 5,099,056 |
| 044 | 8003 | Equal Opportunity Compliance | - | 2,448,380 |
| | | **TOTAL DIVISION OF Other Elected Officials** | **48,663,489** | **57,402,181** |

| | | |
|---|---:|---:|
| **TOTAL GENERAL FUND APPROPRIATIONS** | **579,711,963** | **579,711,963** |

3

# DEBT AND EDUCATION FUNDS

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|---|---|---|---|---|
| **_Debt Service Fund_** | | | | |
| 901 | 9201 | Debt Service - Public Improvement | 129,292,128 | 35,777,914 |
| 901 | 9202 | Debt Service - Schools | - | 93,531,714 |
| 902 | 9201 | Debt Service - Public Improvement | 2,799 | - |
| 903 | 9201 | Debt Service - Public Improvement | 14,700 | - |
| | | **_TOTAL Debt Service Fund_** | **129,309,628** | **129,309,628** |
| **_Education Fund_** | | | | |
| 061 | 9101 | _Sources of Funds:_ | | |
| | | 40 - Property Taxes | 392,037,268 | - |
| | | 41 - Other Local Taxes | 35,361,732 | - |
| | | 89 - AFFILIATED ORGANIZATIONS | - | - |
| | | _Distribution of Funds:_ | | |
| | | 4001 - Property Taxes-Current | - | - |
| | | 4002 - Property Taxes-Delinquent | - | - |
| | | 4105 - MLG&W In Lieu Of Taxes | - | - |
| | | 4108 - Exempt Property In Lieu Of Taxes | - | - |
| | | 4160 - Wheel Tax | - | - |
| | | 8955 - Shelby County Schools | - | 322,875,053 |
| | | 4130 - Marriage License Privilege Tax | - | - |
| | | 8943 - Arlington Municipal Schools | - | 13,654,636 |
| | | 8944 - Bartlett Municipal Schools | - | 26,393,868 |
| | | 8945 - Collierville Municipal Schools | - | 28,259,006 |
| | | 8946 - Germantown Municipal Schools | - | 18,282,713 |
| | | 8947 - Lakeland Municipal Schools | - | 7,481,908 |
| | | 8948 - Millington Municipal Schools | - | 7,499,916 |
| | | 4116 - Community Redevelopment TIFF | - | - |
| | | 8949 - University of Memphis | - | 2,951,900 |
| | | **_TOTAL Education Fund_** | **427,399,000** | **427,399,000** |
| | | **TOTAL DEBT AND EDUCATION FUNDS** | **556,708,628** | **556,708,628** |

# ENTERPRISE FUND

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|------|------|-----------------|---------------|------------|
| **_Code Enforcement Fund_** | | | | |
| 950 | 2701 | Director – Planning & Development | 3,710,158 | 4,145,040 |
| 950 | 2702 | Local Planning | 476,000 | 3,141,724 |
| 950 | 2708 | Codes Enforcement | 18,506,421 | 15,093,596 |
| 950 | 2711 | Regional Services | - | 312,219 |
| | | **_TOTAL Code Enforcement Fund_** | **22,692,579** | **22,692,579** |
| **_Fire Services Fund_** | | | | |
| 954 | 3008 | Fire Department | 42,640,290 | 42,640,290 |
| | | **_TOTAL Fire Services Fund_** | **42,640,290** | **42,640,290** |
| **_Corrections Fund_** | | | | |
| 956 | 3501 | Corrections Administration | 56,584,566 | 18,249,272 |
| 956 | 3505 | Correction Center Facility | 428,039 | 38,763,333 |
| | | **_TOTAL Corrections Fund_** | **57,012,605** | **57,012,605** |
| | | **TOTAL ENTERPRISE FUND APPROPRIATIONS** | **122,345,474** | **122,345,474** |

## SPECIAL REVENUE FUND

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|---|---|---|---|---|
| **_Retirement Fund_** | | | | |
| 060 | 2014 | Human Resources - Admin | 1,434,032 | 1,434,032 |
| | | **_TOTAL Retirement Fund_** | **1,434,032** | **1,434,032** |
| **_Opioid Settlement Fund_** | | | | |
| 065 | 2012 | Central Operations | 3,230,000 | |
| 065 | 7061 | Juvenile Court Judge | - | 430,000 |
| 065 | 8002 | Legislative Operations | - | 2,800,000 |
| | | **_TOTAL Opioid Settlement Fund_** | **3,230,000** | **3,230,000** |
| **_Pre-K Fund_** | | | | |
| 063 | 9401 | Pre-K | 11,900,000 | 11,900,000 |
| | | **_TOTAL Pre-K Fund_** | **11,900,000** | **11,900,000** |
| **_Hotel Motel Tax Fund_** | | | | |
| 073 | 2012 | Central Operations | 21,650,000 | 21,650,000 |
| | | **_TOTAL Hotel Motel Tax Fund_** | **21,650,000** | **21,650,000** |
| **_Car Rental Tax Fund_** | | | | |
| 074 | 2012 | Central Operations | 2,500,000 | 2,500,000 |
| | | **_TOTAL Car Rental Tax Fund_** | **2,500,000** | **2,500,000** |
| **_Tax Increment Financing Fund_** | | | | |
| 051 | 2012 | Central Operations | 12,010,000 | 12,010,000 |
| | | **_TOTAL Tax Increment Financing Fund_** | **12,010,000** | **12,010,000** |
| **_Memphis Area Transit Authority (MATA)_** | | | | |
| 052 | 2012 | Central Operations | 571,654 | 571,654 |
| | | **_TOTAL Memphis Area Transit Authority (MATA)_** | **571,654** | **571,654** |
| **_Road and Bridges Fund_** | | | | |
| 071 | 3010 | Roads & Bridges | 16,177,881 | 14,420,239 |
| 071 | 3040 | Engineering | 65,000 | 1,822,642 |
| | | **_TOTAL Road and Bridges Fund_** | **16,242,881** | **16,242,881** |

6

## Solid Waste Management Fund

| | | | | |
|---|---|---|--:|--:|
| 072 | 3004 | Environmental Programs | 493,095 | 493,095 |
| | | **TOTAL Solid Waste Management Fund** | **493,095** | **493,095** |

## Stormwater Fees Fund

| | | | | |
|---|---|---|--:|--:|
| 093 | 3040 | Engineering | 1,822,243 | 1,822,243 |
| 098 | 3040 | Engineering - Sewer | 120,500 | 120,500 |
| | | **TOTAL Stormwater Fees Fund** | **1,942,743** | **1,942,743** |

## Health Services Restricted Funds

| | | | | |
|---|---|---|--:|--:|
| 081 | 4004 | Environmental Health Services - Air Emmissions | 657,124 | 657,124 |
| 082 | 4004 | Environmental Health Services - Vector | 4,368,813 | 4,368,813 |
| 083 | 4004 | Environmental Health Services - Fines & Penalties | 193,400 | 193,400 |
| | | **TOTAL Health Services Restricted Funds** | **5,219,337** | **5,219,337** |

## Sheriff Forfeitures Funds

| | | | | |
|---|---|---|--:|--:|
| 088 | 6204 | Special Operations | 10,000 | 10,000 |
| 089 | 6203 | Detectives - Alert Fund | 151,884 | 151,884 |
| 090 | 6204 | Special Operations | 507,374 | 507,374 |
| 091 | 6204 | Special Operations | 2,398,667 | 2,398,667 |
| | | **TOTAL Sheriff Forfeitures Funds** | **3,067,925** | **3,067,925** |

## Data Processing Funds

| | | | | |
|---|---|---|--:|--:|
| 066 | 7021 | Circuit Court | 38,500 | 38,500 |
| 067 | 7051 | Probate Court | 9,500 | 9,500 |
| 068 | 7071 | Juvenile Court Clerk | 61,000 | 61,000 |
| 070 | 7011 | Chancery Court | 120,000 | 120,000 |
| 076 | 8007 | Register | 424,673 | 424,673 |
| 080 | 7051 | Probate Court | - | - |
| 084 | 7041 | General Sessions Court | 665,710 | 665,710 |
| 085 | 7031 | Criminal Court | 119,000 | 119,000 |
| 086 | 8006 | County Clerk | 71,000 | 71,000 |
| 087 | 8006 | County Clerk -MVR | 81,800 | 81,800 |
| | | **TOTAL Data Processing Funds** | **1,591,183** | **1,591,183** |

## Chickasaw Basin Fund

| | | | | |
|---|---|---|--:|--:|
| 075 | 3004 | Environmental Programs | 440,480 | 440,480 |
| | | **TOTAL Chickasaw Basin Fund** | **440,480** | **440,480** |

7

### Drug-DUI Treatment Funds

| | | | | |
|---|---|---|---:|---:|
| 094 | 7041 | General Sessions Court - Veteran Treatmen Program | 10,290 | 10,290 |
| 095 | 7041 | General Sessions Court - DUI Treatment Fines | 103,000 | 103,000 |
| 096 | 7041 | General Sessions Court - Drug Court | 764,825 | 764,825 |
| | | **TOTAL Drug-DUI Treatment Funds** | **878,115** | **878,115** |
| | | **TOTAL SPECIAL REVENUE FUND APPROPRIATIONS** | **83,171,444** | **83,171,444** |

8

## GRANT FUNDS

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|---|---|---|---|---|
| | | **DIVISION OF ADMINISTRATION & FINANCE** | | |
| | 2003 | CAO - Admin | 1,537,655 | 1,537,655 |
| | 2012 | Central Operations | 19,753,235 | 19,753,235 |
| | 2013 | County Grants | 50,000 | 50,000 |
| | | *TOTAL DIVISION OF Administration & Finance* | 21,340,890 - | 21,340,890 |
| | | **DIVISION OF PLANNING & DEVELOPMENT** | | |
| | 2702 | Local Planning | 30,000 | 30,000 |
| | 2710 | Housing | 13,277,732 | 13,277,732 |
| | 2711 | Regional Services | 4,099,004 | 4,099,004 |
| | 2712 | Sustainability & Resilience | 14,142,938 | 14,142,938 |
| | | *TOTAL DIVISION OF Planning & Development* | 31,549,674 | 31,549,674 |
| | | **DIVISION OF PUBLIC WORKS** | | |
| | 3010 | Roads & Bridges | 20,661,737 | 20,661,737 |
| | | *TOTAL DIVISION OF Public Works* | 20,661,737 | 20,661,737 |
| | | **DIVISION OF CORRECTIONS** | | |
| | 3501 | Corrections Administration | 484,027 | 484,027 |
| | | *TOTAL DIVISION OF Corrections* | 484,027 | 484,027 |
| | | **DIVISION OF HEALTH SERVICES** | | |
| | 4003 | Admin & Finance - Health Svcs | 2,457,800 | 2,457,800 |
| | 4004 | Environmental Health Services | 6,699,887 | 6,699,887 |
| | 4005 | Community Health | 19,662,244 | 19,662,244 |
| | 4006 | Health Planning and Promotion | 933,622 | 933,622 |
| | 4008 | Public Health Safety | 909,460 | 909,460 |
| | 4009 | Ryan White | 13,447,977 | 13,447,977 |
| | | *TOTAL DIVISION OF Health Services* | 44,110,990 | 44,110,990 |
| | | **DIVISION OF COMMUNITY SERVICES** | | |
| | 4801 | Director Community Services | - | - |
| | 4802 | CSA | 60,863,501 | 60,863,501 |

9

| | | | |
|---|---|---:|---:|
| 4806 | Crime Victims Center | 2,348,214 | 2,348,214 |
| 4808 | Community Engagement & Outreach | - | - |
| 4809 | Social Services | 86,506 | 86,506 |
| 4811 | Pre-Trial Services | 243,597 | 243,597 |
| 4812 | Justice Programs | 558,390 | 558,390 |
| 4813 | Behavioral Health Services | 275,824 | 275,824 |
| 4817 | Aging Commission of the Mid-South | 19,559,059 | 19,559,059 |
| | **TOTAL DIVISION OF Community Services** | **83,935,092** | **83,935,092** |

## DIVISION OF SHERIFF ADMINISTRATION

| | | | |
|---|---|---:|---:|
| 6104 | Finance - Sheriff | 450,000 | 450,000 |
| | **TOTAL DIVISION OF Sheriff Administration** | **450,000 -** | **450,000** |

## DIVISION OF LAW ENFORCEMENT

| | | | |
|---|---|---:|---:|
| 6201 | Chief Deputy | 268,973 | 268,973 |
| 6203 | Detectives | 400,952 | 400,952 |
| 6204 | Special Operations | 666,384 | 666,384 |
| 6205 | Uniform Patrol | 595,000 | 595,000 |
| | **TOTAL DIVISION OF Law Enforcement** | **1,931,309** | **1,931,309** |

## DIVISION OF JAIL

| | | | |
|---|---|---:|---:|
| 6301 | Jail Administration | 124,042 | 124,042 |
| 6302 | Jail Security | 4,167,691 | 4,167,691 |
| | **TOTAL DIVISION OF Jail** | **4,291,733 -** | **4,291,733** |

## DIVISION OF JUDICIAL

| | | | |
|---|---|---:|---:|
| 7041 | General Sessions Court | 1,649,095 | 1,649,095 |
| 7061 | Juvenile Court Judge | 2,467,038 | 2,467,038 |
| 7071 | Juvenile Court Clerk | 2,003,481 | 2,003,481 |
| 7090 | Attorney General | 2,114,960 | 2,114,960 |
| | **TOTAL DIVISION OF Judicial** | **8,234,573** | **8,234,573** |

| | | | |
|---|---|---:|---:|
| | **TOTAL GRANT FUNDS APPROPRIATIONS** | **216,990,026** | **216,990,026** |

10

## INTERNAL SERVICE FUND

| FUND | DEPT | DEPARTMENT NAME | FY 27 SOURCES | FY 27 USES |
|---|---|---|---|---|
| *Information Technology Funds* | | | | |
| 962 | 2515 | IT Internal Services | 9,216,369 | 9,216,369 |
| | | *TOTAL Information Technology Funds* | 9,216,369 | 9,216,369 |
| *Public Works - Internal Services* | | | | |
| 959 | 3010 | Roads & Bridges | 1,640,339 | 1,640,339 |
| 960 | 3019 | Fleet Services | 3,190,000 | 3,190,000 |
| | | *TOTAL Public Works - Internal Services* | 4,830,339 | 4,830,339 |
| | | TOTAL INTERNAL SERVICE FUND APPROPRIATIONS | 14,046,708 | 14,046,708 |