# EXHIBIT
# 3

# SHELBY COUNTY BOARD OF COMMISSIONERS



## <u>COMMITTEE AGENDAS</u>

### Wednesday August 5, 2026

8/4/2026 1:26 PM

<mark>*[This meeting will be held at the Vasco A. Smith, Jr., Administration Building, 160 N. Main Street, Sixth Floor Committee Room unless otherwise noted.]*</mark>
*https://www.youtube.com/@SCCommission901*

---

### <u>Wednesday August 5, 2026</u>
8:30 a.m.   Committee # 2 -  PUBLIC WORKS
8:45 a.m.   Committee # 5 -  LAND USE, PLANNING, TRANSPORTATION & CODES
8:55 a.m.   Committee # 15 - FACILITIES, REAL PROPERTY, AND CAPITAL IMPROVEMENTS
9:00 a.m.   Committee # 4 -  LAW ENFORCEMENT, CORRECTIONS & COURTS
9:15 a.m.   Committee # 1 -  BUDGET AND FINANCE
9:55 a.m.   Committee # 6 -  EDUCATION
10:05 a.m.  Committee # 3 -  HOSPITALS AND HEALTH
10:15 a.m.  Committee # 8 -  COMMUNITY SERVICES
10:35 a.m.  Committee # 10 - GENERAL GOVERNMENT
10:50 a.m.  Committee # 11 - CORE CITY, NEIGHBORHOODS AND HOUSING
11:00 a.m.  Committee # 14 - EQUAL OPPORTUNITY

---

### 8:30 a.m. - Committee # 2 - PUBLIC WORKS
### Chairman David C. Bradford, Jr., Vice-Chairman Amber Mills

1. <u>ORDINANCE – FIRST READING</u> – Ordinance approving Inter-Governmental Agreements between Shelby County Government and the Town of Arlington, the City of Bartlett, the Town of Collierville, the City of Germantown, the City of Lakeland, the City of Memphis, and the City of Millington to establish cooperation and coordination for the provision of annual funding for the operation of a permanent household hazardous waste facility located in Shelby County. Sponsored by Commissioner David C. Bradford, Jr.

2. Resolution approving the issuance of a Purchase Order to Nashville Automotive, LLC, in an amount not to exceed $925,672.00, for the procurement of replacement vehicles for various County Departments. This item requires the appropriation and expenditure of FY 2027 Fleet Services Vehicle Replacement Funds in an amount not to exceed $925,672.00. Sponsored by Commissioner David C. Bradford, Jr.

3. Resolution approving a Piggyback contract with Clean Harbors Environmental Services, Inc., utilizing the State of Tennessee Contract No. 88039 for the collection and disposal of household hazardous waste in an amount not to exceed $175,000.00 annually, beginning upon execution and continuing through November 17, 2030. This item requires the expenditure of FY 2027 Household Hazardous Waste Funds in an amount not to exceed $175,000.00. Sponsored by Commissioner David C. Bradford, Jr.

**8:45 a.m. - Committee # 5 - LAND USE, PLANNING, TRANSPORTATION & CODES
Chairman David C. Bradford, Jr., Vice-Chairman Amber Mills**

1. ORDINANCE – SECOND READING – Joint Ordinance to amend the Memphis and Shelby County Unified Development Code adopted by the City of Memphis on August 10, 2010, and by Shelby County on August 9, 2010, to establish a procedure for replacing the Zoning Map, being ZTA 2026-002. Sponsored by Commissioner David C. Bradford, Jr.

**8:55 a.m. - Committee # 15 - FACILITIES, REAL PROPERTY, & CAPITAL IMPROVEMENTS Chairman Mick Wright, Vice-Chairman Charlie A. Caswell, Jr.**

1. Resolution approving a contract and the issuance of an emergency Purchase Order between Shelby County Government and Access DNSI, Inc., in an amount not to exceed $366,623.26 for the emergency completion of low voltage and Information Technology Construction Services required to support Election Readiness at the Shelby County Election Commission Operations Center located at 980 Nixon, Memphis, TN 38134. This item requires the expenditure of FY2026 CIP Funds appropriated in Resolution adopted February 2, 2024, Item 22, in an amount not to exceed $366,623.26. Sponsored by Commissioner Mick Wright.

**9:00 a.m. - Committee # 4 - LAW ENFORCEMENT, CORRECTIONS & COURTS
Chairman Mick Wright, Vice-Chairman Erika Sugarmon**

1. ORDINANCE – SECOND READING – Ordinance to amend the Shelby County Code of Ordinances by amending Chapter 10, Article VII., Sections 10-373 Definitions and 10-388 temporary housing of children creating rules for seclusion and restorative practices in the Youth Justice and Education Center. Sponsored by Commissioner Erika Sugarmon, Commissioner Charlie A. Caswell, Jr., and Commissioner Henri E. Brooks. (AMENDED IN JULY 27, 2026 COMMISSION MEETING)

2. Resolution to approve the purchase of four Rapid DNA Devices from Fisher Scientific Company, LLC for County-Wide Forensics Initiative to expand Law Enforcement capacity for an amount not to exceed $700,000.00, available in Account Number 10010-200304-7001. Sponsored by Commissioner Mick Wright.

3. Resolution from the Shelby County Board of Commissioners allocating funding for and requesting the issuance of a study on the Justice Center Ad Hoc Committee Findings. This item requires the allocation of Contingency Fund in an amount not to exceed $350,000.00. Sponsored by Vice Chair David C. Bradford, Jr., and Commissioner Mickell Lowery. **(ITEM DOES NOT MEET REQUIREMENTS OF PERMANENT RULES)**

**9:15 a.m. - Committee # 1 - BUDGET AND FINANCE**
**Chairman Michael Whaley, Vice-Chairman Mickell Lowery**

1.  Resolution to amend the Fiscal Year 2027 Operating Budget to expend grant funds in the amount of $72,876.00 from the State of Tennessee, Office of Criminal Justice Programs to serve Domestic Violence Warrants and Orders of Protection.  This item requires the appropriation and expenditure of Fiscal Year 2027 Federal through State Grant Funds in the amount of $54,657.00 and expenditure of General Fund Matching Funds in the amount of $18,219.00.  Sponsored by Commissioner Mick Wright.

2.  Resolution to appropriate funds in the total amount of $22,950.00 from the Fiscal Year (FY) 2027 Commission Contingency Funds to support Security Cameras maintenance in District 9. Sponsored by Commissioner Matthew T. Szalaj.

3.  Resolution to amend the Fiscal Year 2027 Operating Budget to appropriate funding to the Shelby County Drug Court in the amount of $500,000.00 from the Opioid Settlement Special Revenue Fund subject to availability of funds.  Sponsored by Commissioner Matthew T. Szalaj.

4.  Resolution approving the contract to audit the Fiscal Year 2026 financial statements of Shelby County Government by Cherry Bekaert, LLP; and Banks, Finley, White & Company. This item requires the expenditure of FY 2027 general fund operating budget in an amount not to exceed $898,000.00.  Sponsored by Commissioner Michael Whaley.

5.  Resolution approving the Memphis Shelby County Schools Operating and Capital Improvement Budgets for Fiscal Year 2027 (FY27) in the aggregate amount of $1,679,759,131.00, as adopted by the Memphis-Shelby County Schools Board of Education. Sponsored by Commissioner Michael Whaley.

**9:55 a.m. - Committee # 6 - EDUCATION**
**Chairman Miska Clay Bibbs, Vice-Chairman Britney Thornton**

1.  ORDINANCE - THIRD READING - Joint Ordinance of Shelby County Government and the City of Memphis amending Ordinance No 573, adopted April 14, 2025, in furtherance of a program for a high-quality Early Childhood Pre-Kindergarten For All. Sponsored by Commissioner Erika Sugarmon, Commissioner Miska Clay Bibbs and Commissioner Mickell Lowery.  (AMENDED IN JULY 27, 2026 COMMISSION MEETING)

**10:05 a.m. - Committee # 3 - HOSPITALS & HEALTH**
**Chairman Miska Clay Bibbs, Vice-Chairman Brandon Morrison**

1.  ORDINANCE – FIRST READING – Ordinance by the Board of County Commissioners of Shelby County, Tennessee to amend Chapter 16, Article II, Section 16-37, Appendix B, of the Shelby County Code of Ordinances to adjust Title V Permit Fees and related Air Pollution Control Program Fees beginning in 2026.  Sponsored by Commissioner Miska Clay Bibbs.

2.     <u>ORDINANCE – FIRST READING</u> – Ordinance to amend the Shelby County Air Code to update references to the Tennessee Air Pollution Control Regulations; Repeal Obsolete Provisions; and Revise Appeals Procedures to provide for recovery of Appeal Costs. Sponsored by Commissioner Miska Clay Bibbs.

**10:15 a.m. - Committee # 8 - COMMUNITY SERVICES**
**Chairman Charlie A. Caswell, Jr., Vice-Chairman Britney Thornton**

1.     Resolution approving the expenditure of FY2027 Grant Operating Budget Funds to the City of Memphis as a Sub-Grant through Funding made available by the Federal Justice Assistance Grant received from the United States Department of Justice for the purposes of Crime Prevention Programs in the amount of $506,235.00 for the period of October 1, 2023 through September 30, 2027. This item requires the appropriation and expenditure of Federal Grant Funds in the amount of $506,235.00. Sponsored by Commissioner Charlie A. Caswell, Jr.

2.     Resolution to amend the FY2027 Grant Operating Budget and to expend grant funds in the amount of $15,000.00 from the Tennessee Arts Commission and matching funds in the amount of $15,000.00 from Community Services General Funds to support arts programming in Shelby County for a period of July 1, 2026 to June 30, 2027.  This item requires expenditure and appropriation of FY2027 Grant Funds in the amount of $15,000.00 and expenditure of FY2027 Community Services General Funds in the amount of $15,000.00 for a total amount of $30,000.00. Sponsored by Commissioner Charlie A. Caswell, Jr.

3.     Resolution approving contracts of varying amounts between the Aging Commission of the Mid-South and eighteen (18) separate service providers for the purpose of providing nutritional and supportive services to eligible seniors and individuals living with disabilities in the service areas of Fayette, Lauderdale, Shelby and Tipton Counties, effective upon execution through June 30,2027 with the option to renew for two (2) additional, one-year periods for the total contracts amount not to exceed $7,805,729.00.  This item requires expenditure FY2027 Federal and State Grant Funds in the amount not to exceed $7,805,729.00. Sponsored by Commissioner Charlie A. Caswell, Jr.

**10:35 a.m. - Committee # 10 - GENERAL GOVERNMENT**
**Chairman Henri E. Brooks, Vice-Chairman Erika Sugarmon**

1.     Resolution approving the Election of Notaries Public for appointment and/or reappointment for Shelby County, Tennessee.  Sponsored by Commissioner Henri E. Brooks.

2.     <u>ORDINANCE – SECOND READING</u> – Ordinance to amend the Shelby County Code of Ordinances by amending Chapter 2, Article IV, Division 2 to add a New Section 2-191 Financial Reports.  Sponsored by Commissioner Erika Sugarmon.

3. Resolution of the Board of County Commissioners of Shelby County, Tennessee requesting Election Record Preservation, Transparency, and Audit best practices consistent with State and Federal Law. Sponsored by Commissioner Erika Sugarmon.

**10:50 a.m. - Committee # 11 - CORE CITY, NEIGHBORHOODS AND HOUSING**
**Chairman Henri E. Brooks, Vice-Chairman Miska Clay Bibbs**

1. ORDINANCE – SECOND READING – Joint Ordinance of the Shelby County Board of Commissioners and Memphis City Council to amend Ordinance Nos. 581 (County) and 5946 (City) to repeal and replace the existing Building Home Program Implementation Plan and to establish a Building Home Program application fee. Sponsored by Commissioner Henri E. Brooks.

2. Resolution approving the sale of Twenty-Three County-Owned Delinquent Tax Parcels, acquired by Shelby County from various Shelby County Tax Sales, to identified purchasers at various prices collectively totaling $143,887.50, pursuant to Tennessee Code Annotated, Section 67-5-2507, and authorizing the Shelby County Mayor to execute Quit Claim Deeds. Sponsored by Commissioner Henri E. Brooks.

**11:00 a.m. - Committee # 14 - EQUAL OPPORTUNITY**
**Chairman Shante K. Avant, Vice-Chairman David C. Bradford, Jr.**

1. ORDINANCE - SECOND READING - Ordinance amending Shelby County Government's Locally Owned Small Business (LOSB) Ordinance Section 2-224 in order to apply 25 percent LOSB Goals based upon Market availability and increase the Sheltered Market Threshold to less than $50,000, in the County's Procurement Process. Sponsored by Chairwoman Shante K. Avant. (REFERRED TO EQUAL OPPORTUNITY COMMITTEE IN JULY 27, 2026 COMMISSION MEETING)