**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **No. 3:26-cv-00835** |
| ) | |
| **BILL LEE, in his official capacity as** ) | |
| **Governor of the State of Tennessee, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Plaintiffs' amended Motion for Leave to File Second Amended Complaint (Doc. No. 51) was granted. (See Doc. No. 53). Upon filing, the Second Amended Complaint (Doc. No. 51-1)[1] became the legally operative complaint. Parry v. Mohawk Motors of Mich., Inc., 236 F.3d 299, 306 (6th Cir. 2000). Accordingly, the pending motion to dismiss (Doc. No. 30) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs have been ordered to file a clean copy of the Second Amended Complaint by August 12, 2026, as Doc. No. 51-1 is a redlined version. (See Doc. No. 54).