# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00835** |
| | ) | **Judge Crenshaw** |
| **BILL LEE, in his official capacity as** | ) | **Magistrate Judge Frensley** |
| **Governor of the State of Tennessee, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants—the Governor for the State of Tennessee, the Speaker of the House of Representatives for the Tennessee General Assembly, the Lieutenant Governor and Speaker of the Senate for the Tennessee General Assembly, the Commissioner for the Tennessee Department of Education, and Members of the Educational Oversight Board of Memphis-Shelby County Schools, all in their official capacities—move to dismiss Plaintiffs' Second Amended Verified Complaint (ECF 57) for lack of subject-matter jurisdiction and for failure to state a claim under Fed. R. Civ. P. 12(b)(1) and (b)(6).

For several reasons, Plaintiffs' constitutional challenge to the Tennessee Public Schools Accountability Act should be dismissed.

*First*, at a minimum, the Governor, the Speakers, and the Commissioner should be dismissed as defendants. As State Officials who do not enforce the Act's operative provisions, they retain their sovereign immunity. That immunity bars the Court from asserting subject-matter jurisdiction over them.

*Second*, the individual Plaintiffs fail to allege that the Act harms them in any way. Without any injury to assert, the individual Plaintiffs lack standing to maintain their claims.

*Third*, Plaintiffs Shelby County Government and Memphis-Shelby County Schools ("MSCS"), as political subdivisions, cannot assert a Fourteenth Amendment claim against the State that created them. And they cannot save their claims through the third-party standing doctrine because the third parties they rely on (MSCS's students) are already Plaintiffs here.

*Finally*, should the Court reach the merits, Plaintiffs fail to state a claim upon which relief can be granted. The Act readily passes rational basis review because it is designed to improve Tennessee school districts with a combination of academic and school underperformance, management deficiencies, and leadership instability regardless of the school district's racial makeup. Plaintiffs do not plausibly allege that the race-neutral Act was enacted with a racially discriminatory purpose and do not overcome presumption of good faith that applies to the General Assembly's enactments.

For these reasons, and as explained more fully in Defendants' supporting Memorandum of Law filed contemporaneously with this motion, the Court should grant Defendants' motion to dismiss the Second Amended Verified Complaint.

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

s/ Robert W. Wilson
SHANNON HOFFERT TN BPR 28430
Deputy Attorney General

ROBERT W. WILSON TN BPR 34492
MATTHEW DOWTY TN BPR 36070
Senior Assistant Attorneys General

MARK WESTON TN BPR 038585
Assistant Attorney General

One Commerce Square
40 S. Main St., Suite 1014
Memphis, TN 38103
(901) 543-9039
Shannon.Hoffert@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Mark.Weston@ag.tn.gov
Robert.Wilson@ag.tn.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by operation of the

Court's ECF/PACER system on this the 14th day of August 2026, upon:

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC**

Bruce McMullen
Lori H. Patterson
Jerrick Murrell
Jennie Vee Silk

3

165 Madison Ave., Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com
*Counsel for Plaintiffs Shelby County*
*Government & Shelby County*
*Board of Commissioners*

**THE WADE LAW FIRM, PLLC**

Allan J. Wade
Brandy S. Parrish
5050 Poplar Ave., Suite 1028
Memphis, TN 38157
awade@thewadefirm.com
bparrish@thewadefirm.com
*Counsel for Plaintiffs Shelby County*
*Board of Education, Michelle Robinson*
*McKissack, Natalie J. McKinney,*
*Stephanie P. Love, Sable Otley,*
*Keith Williams, Towanna Murphy,*
*Amber Huett-Garcia, Joyce Dorse*
*Coleman, & Tamarques Porter*

s/ Robert W. Wilson
Robert W. Wilson
Senior Assistant Attorney General

4