**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:26-cv-00835** |
| | ) | |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

On **September 24, 2026, at 9:30 a.m.** the following motions are set for oral argument:

1. Plaintiffs' Motion for Temporary Restraining Order, Motion for Request for Emergency Hearing (Doc. No. 19);

2. Defendants' Motion to Dissolve the July 1, 2026 Order (Doc. No. 32);

3. Plaintiffs' Motion for Preliminary Injunction (Doc. No. 42); and

4. Defendants' Motion to Dismiss (Doc. No. 58).

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE