Motion (63) is **GRANTED**. The Clerk shall docket the brief of Amici (Doc. No. 63-1 and 63-2).

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:26-cv-00835 |
| | ) | |
| v. | ) | Judge Waverly D. Crenshaw, Jr. |
| | ) | |
| BILL LEE, in his official capacity as | ) | Magistrate Judge Jeffrey F. Frensley |
| Governor of the State of Tennessee, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND MEMORANDUM OF LAW OF SARAH CARPENTER, THE MEMPHIS LIFT, SEEDING SUCCESS, AND MSCS FAMILIES FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Sarah Carpenter, individually and on behalf of The Memphis Lift, Seeding Success, and family members of children enrolled in Memphis-Shelby County Schools (collectively "Amici" collectively) respectfully move this Court for leave to file the accompanying brief, attached as Exhibit B, as amici curiae in opposition to Plaintiffs' motion for a preliminary injunction. In support, Amici state as follows:

## I. INTRODUCTION

Amici are identified in Exhibit A. They include Sarah Carpenter, the founding executive director of The Memphis Lift, a Memphis non-profit community organization that encourages and trains local families to advocate on behalf of their children and grandchildren enrolled in the Memphis-Shelby County Schools ("MSCS"). The Memphis Lift's members are thus the parents, guardians, and community members of the school district at the heart of this case. They are the very families the challenged Tennessee Public Schools Accountability Act (the "Act"), Tenn. Code