# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3-26-cv-00835 |
| BILL LEE, official as Governor, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bill Lee and all other Defendants in their official capacities .

Date: 09/16/2026

s/James R. Newsom III
*Attorney's signature*

James R. Newsom III TN BPR NO. 6683
*Printed name and bar number*

40 South Main Street, Suite 1014
Memphis, TN 38103
*Address*

Jim.Newsom@ag.tn.gov
*E-mail address*

(901) 354-3767
*Telephone number*

*FAX number*