**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| SHELBY COUNTY GOVERNMENT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BILL LEE, in his official capacity as Governor of the State of Tennessee, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00835<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Jeffrey F. Frensley |

**MOTION TO RESET HEARING**

Plaintiffs, Shelby County Government; Shelby County Board of Education operating as Memphis-Shelby County Schools; the Board of County Commissioners of Shelby County; Michelle Robinson McKissack; Natalie J. McKinney; Stephanie P. Love; Tamarques Porter; Sable Otey, individually and on behalf of her minor children A.O. and R.O.; Keith Williams; Towanna Murphy, individually and on behalf of her minor child E.R.; Amber Huett-Garcia; and Joyce Dorse Coleman (collectively, "Plaintiffs"), respectfully move the Court for an Order resetting the hearing set for Thursday, September 24, 2026 at 9:30 a.m. to another date because Counsel for Plaintiffs have an unmovable conflict on that date. In support of this Motion, Plaintiffs respectfully state as follows:

1. On September 14, 2026, the Court entered an Order (ECF No. 66, PageID #3160) setting oral argument on four pending motions: Plaintiffs' Motion for Temporary Restraining Order and Motion for Emergency Hearing (ECF No. 19), Defendants' Motion to Dissolve the July

1, 2026 Order (ECF No. 32), Plaintiffs' Motion for Preliminary Injunction (ECF No. 42), and Defendants' Motion to Dismiss (ECF No. 58).

2. Counsel for Plaintiffs have an unmovable scheduling conflict on September 24, 2026.

3. Counsel for Plaintiffs consulted with Defendants' counsel about this conflict via phone and email on September 14 and 15, 2026.

4. Counsel for Defendants do not oppose the resetting of this hearing to any of the following dates:

- September 28, 2026;
- September 29, 2026;
- October 2, 2026.

5. Good cause exists for Plaintiffs' request, and the request is not made for the purpose of delay.

6. Based on the foregoing, Plaintiffs respectfully request that the Court reset the hearing from Thursday, September 24, 2026 at 9:30 a.m., to another date convenient for the Court and the parties.

Respectfully submitted,

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

*/s/ Bruce McMullen*

Bruce McMullen (Tenn. Bar #18126)
Lori H. Patterson (Tenn. Bar #19848)
Jerrick Murrell (Tenn. Bar #34368, admitted *pro hac vice*)
Jennie Vee Silk (Tenn. Bar #35319)

165 Madison Ave., Suite 2000

Memphis, Tennessee 38103
Telephone: (901) 526-2000
Fax: (901) 577-2303
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com

*Counsel for Plaintiffs Shelby County Government and Shelby County Board of Commissioners*

THE WADE LAW FIRM, PLLC

Allan J. Wade (Tenn. Bar #4339, *admitted pro hac vice)*
Brandy S. Parrish (Tenn. Bar #21631, *admitted pro hac vice)*
5050 Poplar Ave., Suite 1028
Memphis, Tennessee 38157
Telephone: 901.322.8005
awade@thewadefirm.com
bparrish@thewadefirm.com

*Counsel for Plaintiffs Shelby County Board of Education, Michelle Robinson McKissack, Natalie J. McKinney, Stephanie P. Love, Sable Otey, Keith Williams, Towanna Murphy, Amber Huett-Garcia, Joyce Dorse Coleman, and Tamarques Porter*

**CERTIFICATE OF CONSULTATION**

I hereby certify that on September 14 and 15, 2026, counsel for Plaintiffs consulted with counsel for the Defendants, Robert Wilson, via phone and email regarding the relief sought in this Motion. Defendants do not oppose resetting the hearing to the proposed alternative dates.

*/s/ Bruce McMullen*
Bruce McMullen