**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:26-cv-00835** |
| | ) | |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Plaintiffs' motion to reset hearing (Doc. No. 71) is **GRANTED** and the oral argument set for September 24, 2026, is RESCHEDULED to **October 2, 2026, at 1:00 p.m.**

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE