**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:26-cv-00835** |
| | ) | |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

The status conference hearing on October 2, 2026, will primarily focus on Defendants' motion to dismiss (Doc. No. 58) and motion to dissolve the July 1, 2026 Order. (Doc. No. 32).

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE