**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

SHELBY COUNTY GOVERNMENT, *et al.*,

Plaintiff(s)

v.

BILL LEE, *et al.*,

Defendant(s)

Civil Action No. 3:26-cv-835
Judge Crenshaw/Frensley

**<u>O R D E R</u>**

The Court has been notified that the Parties have a status conference before Judge Crenshaw tomorrow. As such, the Initial Case Management Conference set for October 5, 2026 9:00 a.m. is hereby CANCELLED. The Parties shall file a motion to reset the conference after the resolution of the proceedings before Judge Crenshaw.

IT IS SO ORDERED.



JEFFERY S. FRENSLEY
United States Magistrate Judge