**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00835** |
| | ) | **Judge Crenshaw** |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee, et al.** | ) | **Magistrate Judge Frensley** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**NOTICE OF ROBERT W. WILSON TO WITHDRAW AS COUNSEL OF RECORD**

---

The undersigned counsel, Robert W. Wilson, files this Notice to Withdraw as Counsel of Record for Defendants under LR 83.01(g). Good cause exists for the withdrawal because Mr. Wilson is departing his position at the Office of the Tennessee Attorney General and Reporter and will no longer be associated with this case. Shannon Hoffert, James R. Newsom III, Matthew Dowty, and Mark Weston will continue to represent the Defendants, all are attorneys with the Office of the Tennessee Attorney General and Reporter, and they have appeared in this case.

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

s/ Robert W. Wilson
ROBERT W. WILSON TN BPR 34492
Senior Assistant Attorney General

One Commerce Square
40 S. Main St., Suite 1014
Memphis, TN 38103
(901) 543-9039

Robert.Wilson@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was served by operation of the Court's ECF/PACER system on this the 2nd day of October 2026, upon:

**BAKER, DONELSON, BEARMAN**
**CALDWELL & BERKOWITZ, PC**

Bruce McMullen
Lori H. Patterson
Jerrick Murrell
Jennie Vee Silk
165 Madison Ave., Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com
*Counsel for Plaintiffs Shelby County Government & Shelby County Board of Commissioners*

**THE WADE LAW FIRM, PLLC**

Allan J. Wade
Brandy S. Parrish
5050 Poplar Ave., Suite 1028
Memphis, TN 38157
awade@thewadefirm.com
bparrish@thewadefirm.com
*Counsel for Plaintiffs Shelby County Board of Education, Michelle Robinson McKissack, Natalie J. McKinney, Stephanie P. Love, Sable Otley, Keith Williams, Towanna Murphy, Amber Huett-Garcia, Joyce Dorse Coleman, & Tamarques Porter*

s/ Robert W. Wilson
Robert W. Wilson
Senior Assistant Attorney General