**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **No. 3:26-cv-00835** |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

For the reasons stated on the record at the status conference on October 2, 2026, the Court rules as follows:

1. Defendants' motion to dissolve the July 1, 2026 Order (Doc. No. 32) is **HELD IN ABEYANCE**. Defendants shall file a statement under oath by the chairman of the Oversight Board, when the Board is ready, willing, and able to perform its duties under Public Chapter 1057.

2. Defendants' motion to dismiss for lack of jurisdiction and for failure to state a claim (Doc. No. 58) is **GRANTED IN PART and RESERVED IN PART**. All claims against Bill Lee, in his official capacity as Governor of the State of Tennessee; Cameron Sexton, in his official capacity as Speaker of the Tennessee House of Representatives; Randy McNally, in his official capacity as Lieutenant Governor and Speaker of the Tennessee Senate; and Lizzette Reynolds, in her official capacity as Commissioner of Education are **DISMISSED WITH PREJUDICE**. All other matters are reserved.

3. By no later than **October 12, 2026**, Plaintiffs may file a motion for leave to amend. Defendants shall respond to the motion by **October 16, 2026**, and Plaintiffs may file an optional reply by **October 21, 2026**.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE