**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE**

| | | |
|---|---|---|
| **SHELBY COUNTY GOVERNMENT, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:26-cv-00835** |
| | ) | |
| **BILL LEE, in his official capacity as Governor of the State of Tennessee, *et al.*,** | ) | **Judge Crenshaw** **Magistrate Judge Frensley** |
| | ) | |
| **Defendants.** | ) | |

---

**DECLARATION OF BILLY ORGEL**

---

Billy Orgel, pursuant to Fed. R. Civ. P. 72, declares under oath as follows:

1. My name is Billy Orgel, and if called as a witness, I will testify to the following.

2. I am a named defendant in this lawsuit, having been sued in my official capacity as a member of the nine-member oversight board [the Board] appointed for the oversight of the Memphis-Shelby County Schools [MSCS] pursuant to the provisions of the Tennessee Public Schools Accountability Act [the Act], 2026 Public Chapter 1057, codified at Tenn. Code Ann. § 49-1-616.

3. The Act, at Tenn. Code Ann. § 49-1-616(c)(4), requires the Governor to call the first meeting of the Board, at which time its members shall elect from its membership a chair, a vice chair, and any other officers deemed necessary. I am the chair of the Board, having been duly elected by the members of the Board at its first meeting.

4. On October 5, 2026, the Court entered an order in this lawsuit, D.E. 79. The Court ruled that "Defendants shall file a statement under oath by the chairman of the Oversight Board,

when the Board is ready, willing, and able" to perform its duties under the Act. D.E. 79 at PageID 3260.

5. As chair of the Board, and in compliance with the Court's Order, I state under oath that the Board is ready, willing, and able to perform its duties under the Act.

6. Reinforcing the Board's readiness to perform its duties under the Act, the Board held a public meeting on October 8, 2026 (agenda attached as **Exhibit A)**. During the meeting, the Board took many organizational actions, including:

a. received a summary presentation from CliftonLarsonAllen, the auditing firm that audited MSCS;

b. approved the posting of a job description for the Oversight Board's Executive Director (**Exhibit B)**;

c. adopted rules and procedures governing the Oversight Board (**Exhibit C);**

d. adopted a committee structure, which includes the following:

  i. Executive Committee;

  ii. Academics Committee;

  iii. Audit Committee;

  iv. Budget and Finance Committee;

  v. Facilities and Operations Committee;

  vi. Legal Committee (ad hoc);

  vii. Personnel and Leadership Committee; and

  viii. Technology Committee;

e. adopted a process for MSCS to obtain approval for and report contracts contemplated under Tenn. Code ann. § 49-1-616(e)(2)(A) and (E) (**Exhibit D)**;

f. received a presentation from MGT, a privately funded educational consultant, regarding support MGT can offer for the Oversight Board until the status quo order is lifted and the Oversight Board is able to hire staff and procure a contractor under the Act;

g. approved accepting work product from MGT offered to the Oversight Board at no cost until such time as the Oversight Board may procure a contract with a consultant;

h. approved a request to the Department of Education in accordance with Tenn. Code Ann. § 49-1-616(f)(1) for funds sufficient to cover upfront administrative expenses (including a website and email addresses) and to fund the Executive Director position;

i. planned for future meetings; and

j. received public comments.

I declare under penalty of perjury that the foregoing is true and correct.

BILLY ORGEL

Dated: October 13, 2026

Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

s/ James R. Newsom III
JAMES R. NEWSOM III TN BPR 006683
Special Counsel

SHANNON HOFFERT TN BPR 028430
Deputy Attorney General

MATTHEW DOWTY TN BPR 032078
Senior Assistant Attorney General

MARK WESTON TN BPR 038585
Assistant Attorney General

One Commerce Square
40 S. Main St., Suite 1014
Memphis, TN 38103
(901) 543-2473

Shannon.Hoffert@ag.tn.gov
Jim.Newsom@ag.tn.gov
Matthew.Dowty@ag.tn.gov
Mark.Weston@ag.tn.gov
Robert.Wilson@ag.tn.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by operation of the Court's ECF/PACER system on this the 13th day of October, 2026, upon:

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

Bruce McMullen
Lori H. Patterson
Jerrick Murrell
Jennie Vee Silk
165 Madison Ave., Suite 2000
Memphis, TN 38103
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
jmurrell@bakerdonelson.com
jsilk@bakerdonelson.com
*Counsel for Plaintiffs Shelby County Government & Shelby County Board of Commissioners*

**THE WADE LAW FIRM, PLLC**

Allan J. Wade
Brandy S. Parrish
5050 Poplar Ave., Suite 1028
Memphis, TN 38157
awade@thewadefirm.com
bparrish@thewadefirm.com
*Counsel for Plaintiffs Shelby County Board of Education, Michelle Robinson McKissack, Natalie J. McKinney, Stephanie P. Love, Sable Otley, Keith Williams, Towanna Murphy, Amber Huett-Garcia, Joyce Dorse Coleman, & Tamarques Porter*

s/ James R. Newsom III
JAMES R. NEWSOM III
Special Counsel